**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

ROBERTA R. CARPENTER,
SURVIVING JOINT
COTENANT

Plaintiff,

**File No. 04-01740**
**Judge Miller**

v.

THE UNITED STATES

Defendant.

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, plaintiff respectfully requests an enlargement of time of four weeks (twenty-eight (28) calendar days), up to and including April 7, 2005, for the purpose of filing plaintiff's Opposition to Defendant's Motion to Dismiss. Following two motions for enlargement by defendant, defendant filed its motion to dismiss in response to plaintiff's complaint on February 7, 2005, and plaintiff's brief is currently due on March 10, 2005. This is plaintiff's first request for an enlargement of time for this purpose. Plaintiff has informed counsel for the United States of their intention to seek this enlargement of time and the United States does not object to, or intend to oppose, this motion.

Plaintiffs continue to work diligently in preparing their Opposition to Defendant's Motion to Dismiss. However, other pressing matters have prevented plaintiff's counsel from being able to dedicate a sufficient amount of time to prepare their brief in opposition by the current due date. Most significantly, counsel for plaintiff is required to submit a post-trial reply brief on March 11, 2005 in *Chancellor Manor v. United States*, No. 98-39C (Judge Lettow), and oral arguments are scheduled in that case for March 25, 2005. Counsel is also preparing

Plaintiff's Opposition to Motion to Reconsider and Amend Judgment in *Franconia v. United States*, No. 97-381C (Judge Allegra), which is due March 9, 2005. In addition, counsel have expert reports due in *Apache Apartments of Owatonna v. United States*, No. 96-700C (Judge Block), on March 8, 2005. Further, fact discovery in *Grass Valley Terrace v. United States*, No. 98-726C (Judge Damich), including document production and depositions, has just been completed. Finally, filings, status conferences, and discovery in several related matters in the Court's ADR program have demanded a large portion of counsel's time during this period.

Accordingly, plaintiff respectfully requests that the Court grant their Unopposed Motion for Enlargement of Time for good cause shown and extend the current deadline for filing their Opposition to Defendant's Motion to Dismiss by four weeks up to and including April 7, 2005.

Respectfully submitted,

Dated: March 7, 2005

**s/Jeff H. Eckland**

**Filed Electronically**

Jeff H. Eckland
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: 612-305-4444
Fax: 612-305-4439