# In the United States Court of Federal Claims

| | |
|---|---|
| ROBERTA R. CARPENTER, SURVIVING JOINT COTENANT, Plaintiff, | No. 04-1740 C |
| v. | Filed March 10, 2005 |
| THE UNITED STATES OF AMERICA, Defendant. | |

## ORDER

On March 7, 2005, plaintiff filed a motion for an enlargement of time of 28 days within which to file her opposition to defendant's motion to dismiss. Plaintiff's counsel stated that pressing matters in other cases in the Court of Federal Claims have prevented counsel from being able to dedicate a sufficient amount of time to prepare plaintiff's brief in opposition by the current due date.

In consideration of the above, and the fact that defendant does not oppose it, plaintiff's motion is GRANTED. The Court ORDERS that plaintiff shall file an opposition to defendant's motion to dismiss by **Thursday, April 7, 2005.**

IT IS SO ORDERED.

/s George W. Miller
GEORGE W. MILLER
Judge