**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

ROBERTA R. CARPENTER,
SURVIVING JOINT
COTENANT

Plaintiff,

**File No. 04-01740**
**Judge Miller**

v.

THE UNITED STATES

Defendant.

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, plaintiff respectfully requests an enlargement of time of two weeks (fourteen calendar days), up to and including April 21, 2005, for the purpose of filing plaintiff's Opposition to Defendant's Motion to Dismiss. Following two previous motions for enlargement by defendant, and one motion for enlargement by plaintiff, plaintiff's response is currently due on April 7, 2005. This is plaintiff's second request for an enlargement of time for this purpose, as plaintiff previously requested and was granted an extension of twenty-eight days in which to file her opposition. Plaintiff has informed counsel for the United States of their intention to seek this enlargement of time and the United States does not object to, or intend to oppose, this motion.

Counsel for plaintiff continue to work diligently in preparing plaintiff's Opposition to Defendant's Motion to Dismiss. However, other pressing matters have prevented counsel from being able to dedicate a sufficient amount of time to prepare their brief in opposition by the current due date. Counsel for both parties are currently engaged in various stages of discovery, trial preparation, and alternative dispute resolution procedures in numerous closely-related

lawsuits pending before the Court. Most significantly, counsel for plaintiff recently completed various expert and pre-trial submissions in *Grass Valley Terrace v. United States*, No. 98-726C, including proposed findings of fact, exhibit and witness lists, and expert reports. The parties are also heavily engaged in discovery and discussions regarding several related cases that have been referred to the Court's Alternative Dispute Resolution Pilot Program. Finally, counsel also recently completed briefing, oral argument, and various filings in a number of other related cases, including *Chancellor Manor v. United States*, No. 98-39C, *Sheyenne Development v. United States*, No. 98-755C, and *Apache Apartments v. United States*, No. 96-700C.

Accordingly, plaintiff respectfully requests that the Court grant this Unopposed Motion for Enlargement of Time for good cause shown and extend the current deadline for filing her Opposition to Defendant's Motion to Dismiss by two weeks up to and including April 21, 2005.

Dated: March 5, 2005

**Filed Electronically**

**s/Jeff H. Eckland**

Jeff H. Eckland
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: 612-305-4444
Fax: 612-305-4439