# In the United States Court of Federal Claims

ROBERTA R. CARPENTER, SURVIVING JOINT COTENANT,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 04-1740 C

Filed April 6, 2005

ORDER

On April 5, 2005, plaintiff filed a motion for an enlargement of time of 14 days within which to file her opposition to defendant's motion to dismiss. Plaintiff's counsel stated that pressing matters in other cases in the Court of Federal Claims have prevented counsel from being able to dedicate a sufficient amount of time to prepare plaintiff's brief in opposition by the current due date.

In consideration of the above, and the fact that defendant does not oppose it, plaintiff's motion is GRANTED. The Court ORDERS that plaintiff shall file an opposition to defendant's motion to dismiss by **Thursday, April 21, 2005.**

IT IS SO ORDERED.

/s George W. Miller
GEORGE W. MILLER
Judge