**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

ROBERTA R. CARPENTER,
SURVIVING JOINT
COTENANT

Plaintiff,

**File No. 04-01740**
**Judge George W. Miller**

v.

THE UNITED STATES

Defendant.

---

**APPENDIX TO**

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

---

Jeff H. Eckland
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: 612-305-4444
Facsimile: 612-305-4439

Dated: April 21, 2005

**APPENDIX TABLE OF CONTENTS**

Declaration of Roberta R. Carpenter and accompanying exhibits:

Exhibit

Application for Inheritance Tax Assessment by M. Carpenter (February 1993) .........A

Indenture for Project I & II from M. Carpenter to joint tenants M. Carpenter and Roberta Carpenter (August 24, 2000) ................................B

Indenture for Sage from M. Carpenter to joint tenants M. Carpenter and Roberta Carpenter (August 24, 2000) ........................................................C

Statement of Acknowledgment regarding operation of right of survivorship (December 12, 2000) ........................................................................................D

Promissory note for Project I (March 10, 1976) ........................................................E

Mortgage for Project I (March 10, 1976)......................................................................F

Promissory note for Project II (December 18, 1980)..................................................G

Mortgage for Project II (December 18, 1980) ............................................................H

Agreement correcting mortgage for Project I & II (December 31, 1980) ...................I

Promissory note for Sage (October 7, 1975) ..............................................................J

Mortgage for Sage (October 7, 1975)..........................................................................K

Management Agreement for Sage (March 15, 2004) ..................................................L

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ROBERTA R. CARPENTER,<br>SURVIVING JOINT COTENANT,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 04-01740C<br>(Judge Miller)<br><br>**DECLARATION OF ROBERTA CARPENTER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS** |

**DECLARATION OF ROBERTA R. CARPENTER**

I, Roberta R. Carpenter, declare as follows:

1. I am the sole owner of Project I Apartments, Project II Apartments, and Sage Apartments (Columbus). I make this Declaration in support of Plaintiff's Opposition to Defendant's Motion to Dismiss. All facts stated herein are based upon my personal knowledge.

2. I am the daughter of Harlan E. Carpenter and Maxine Carpenter. My parents executed the closing documents and built the three properties at issue in this case, known as Project I Apartments, Project II Apartments, and Sage Apartments. *See, e.g.*, Exs. E, G, J. My father, Harlan Carpenter, operated and maintained the properties that he jointly held with my mother, Maxine Carpenter, until his death in February 1991. *See* Ex. A.

3. Upon Harlen Carpenter's death, the property passed to his wife, Maxine Carpenter, who is also a signatory to the original closing documents. Maxine Carpenter remained the sole owner from the death of her husband until August 2000.

4. At that time, Maxine Carpenter learned that her illness was terminal. As a result, she took immediate action to ensure that title to the properties, including all rights and obligations related to the properties, would pass directly to me upon her death. After consulting

with an attorney, she deeded the title to the properties to herself and me as joint tenants with the right of survivorship. The deeds were recorded in compliance with Montana law on August 24, 2000. Exs. B, C.

5. The properties were then held by my mother and I as joint tenants until she passed away on September 1, 2000. At that time, by operation of the relevant documents and the right of survivorship under Montana law, I assumed title to the three properties at issue in this case. *See* Ex. D; *see also* Exs. B, C.

6. Rural Development currently authorizes me to access the reserve accounts for the properties and to be a signatory on the checking and operations accounts. Further, I sign the rental assistance agreements for the properties at issue. In addition, I am responsible for the management of the properties, which I have contracted to Joyce Johnson through Management Agreements that are reviewed and approved by the agency in writing. *See, e.g.*, Ex. L.

7. I understand that I am the successor to Harlan and Maxine Carpenter's agreements with the Agency. For example, the mortgage for each property reads "BORROWER for himself, his heirs, executors, administrators, successors, and assigns . . . ," and then lists the rights and obligations for the parties. Exs. F, H, K; *see also* Ex. I (mortgage referencing Projects I & II) ("The borrower *and any successors in interest* agree to use the housing for the purpose of housing people eligible for occupancy as provided in Section (514 of 515) of Title V of the Housing Act of 1949…") (emphasis added).

8. I have compiled the following documents reflecting my title and interest in the properties at issue, copies of which are attached as Exhibits A through L:

An Application for Inheritance Tax Assessment from February 1993, by M. Carpenter (Ex. A);

An Indenture for Project I & II from M. Carpenter to joint tenants M. Carpenter and Roberta Carpenter, dated August 24, 2000 (Ex. B);

An Indenture for Sage from M. Carpenter to joint tenants M. Carpenter and Roberta Carpenter, dated August 24, 2000 (Ex. C);

A Statement of Acknowledgment regarding operation of right of survivorship, dated December 12, 2000 (Ex. D);

A promissory note for Project I, dated March 10, 1976 (Ex. E);

A mortgage for Project I, dated March 10, 1976 (Ex. F);

A promissory note for Project II, dated December 18, ~~2000~~ 1980 (Ex. G);

A mortgage for Project II, dated December 18, ~~2000~~ 1980 (Ex. H);

An agreement correcting mortgage for Project I & II, dated December 31, 1980 (Ex. I);

A promissory note for Sage, dated October 7, 1975 (Ex. J);

A mortgage for Sage, dated October 7, 1975 (Ex. K);

A Management Agreement for Sage, dated March 15, 2004 (Ex. L).

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 21, 2005 in Billings, MT

Roberta R. Carpenter

Roberta R. Carpenter