UNITED STATES DEPARTMENT OF AGRICULTURE
Farmers Home Administration

JAN

AGREEMENT CORRECTING REAL ESTATE MORTGAGE BOOK 1224 PAGE 1336

WHEREAS, The United States of America, acting through the Farmers Home Administration United States Department of Agriculture, and its duly authorized representatives, herein called the "Government" is the holder or insurer of a certain real estate mortgage and promissory note, herein called "the note," in the principal sum of $341,140.00 with interest at the rate of 10.75 percent per annum, executed by Harlan E. Carpenter and Maxine F. Carpenter, his wife, of Yellowstone County, State of Montana, herein called "borrower" which said mortgage securing said note was filed for record in Yellowstone County, Montana on December 18, 1980 and recorded in Book 1224, Page 113, under Document #1185429.

WHEREAS, It is the mutual desire of the borrower and the Government to correct and amend said mortgage so that the records will reflect the addition as agreed.

NOW, THEREFORE, In consideration of the premises, it is agreed as follows:

1. That the mortgage records of Yellowstone County be corrected to show the following addition to said recorded mortgage:

"The borrower and any successors in interest agree to use the housing for the purpose of housing people eligible for occupancy as provided in Section (514 of 515) of Title V of the Housing Act of 1949 and FmHA Regulations then extant during this (15 years for unsubdized and 20 years for subsidized loans) year period beginning (the date the loan is closed). No person occupying the housing shall be required to vacate prior to the close of such (15 years for unsubsidized and 20 years for subsidized loans) year period because of early prepayment. The borrower will be released during such period from these obligations only when the government determines that there is no longer a need for such housing or that federal or other financial assistance provided to the residents of such housing will no longer be provided. A tenant or person eligible to be a tenant may enforce this provision as well as the government."

All of the terms, provisions and conditions contained in the mortgage above referred to, except as modified herein, shall remain unchanged and continue in full force and effect.

Given under our hands and seals this 31st day of December, 1980.

Harlan E. Carpenter
Harlan E. Carpenter

Maxine F. Carpenter
Maxine F. Carpenter

PARCEL A: Lots 13 & 14, Block 53, of The Schultz Second Addition To The Town of Worden, Montana.

PARCEL B: Lot 16, EXCEPT the S10', and Lot 15, Block 53, of The Schultz Second Addition To The Town Of Worden, Montana.

STATE OF MONTANA )
: ss
County of Yellowstone )

On this 31st day of December, 1980, before me the undersigned, a Notary Public for the State of Montana, personally appeared Harlan E. Carpenter and Maxine F. Carpenter known to me to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

Sandra L. McCleary
Notary Public for the State of Montana
Residing at Billings, Montana
My Commission Expires: 2-12-82

EXHIBIT I