RECEIVED
RURAL HOUSING SERVICE
MAR 18 2004
USDA RURAL DEVELOPMENT
STATE OFFICE

FmHA Instruction 1930-C
Exhibit B-3

SAMPLE MANAGEMENT AGREEMENT FOR FARMERS HOME ADMINISTRATION (FmHA) FINANCED MULTIPLE FAMILY HOUSING (MFH) PROJECTS*

This Agreement is made this 15 day of March, 2004 between Robbie Carpenter (the "Owner"), and Joyce M Johnson (the "Agent") under the terms and conditions set forth herein.

I General.

A Appointment and acceptance. The Owner appoints the Agent as exclusive agent for the management of the property described in paragraph I B of this agreement, and the Agent accepts the appointment, subject to the terms and conditions set forth in this agreement.

B Project description. The property to be managed by the Agent under this agreement (the "Project") is a housing development consisting of the land, buildings, and other improvements which make up Project No. 3-3. The Project is further described as follows:

Name Columbus Project (Sage apartments)
Location: City: Columbus County: Stillwater
State: MT
No. of dwelling units 12 Type of units Elderly
(Family, Elderly, (Mixed, Congregate)

C Definitions. As used in this agreement:

1 "FmHA" means the Farmers Home Administration, including any successor agencies.

2 "Principal Parties" means the Owner and the Agent.

3 "Agent," as used throughout this agreement, means the person or business entity, including employees at the Agent's office and project site, engaged in the task of providing management of a FmHA financed MFH project in contractural arrangement with the Owner.

*Note: The intent of this sample document is to provide a guide of topics and items to be considered and described by the Owner and the Agent in negotiating the agreement. It is not intended to be used verbatim.

(08-30-93) SPECIAL PN

Entered into MFIS on 4/19/04
by

EXHIBIT L

Endorsement listing FmHA projects separate from other projects or operations will be obtained and made part of the coverage policy or bond. The other terms and conditions of the coverage, and the surety thereon, will be subject to the requirements and approval of the owner.

J <u>Bids, discounts, rebates, etc</u>. With prior approval of the owner, the Agent will obtain contracts, materials, supplies, utilities, and services on the most advantageous terms to the project, and is authorized to solicit bids, either formal or informal, for those items which can be obtained from more than one source. The Agent will secure and credit to the Owner all discounts, rebates, or commissions obtainable with respect to purchases, service contracts, and all other transactions on the Owner's behalf.

II <u>Management plan</u>.

A <u>Description</u>. Attached is a copy of the management plan for the project, which provides a comprehensive description of the policies and procedures to be followed in the management of the project.

B <u>Relationship with management plan</u>. The Agent shall conduct its management activities in accordance with the policies and procedures set forth in the management plan. In addition, the Agent will also carry out the tasks and responsibilities set forth in paragraph IV of this agreement.

C <u>Division of duties and common expense</u>. An identification of duties and supervisory relationship for project site staff and Agent's office staff are described in the management plan as is the pro rata division of singularly incurred operating expense common to the Agent and the Owner.

III <u>Budget</u>.

A <u>Preparation</u>. The Agent shall prepare an original project budget for submission to the owner and FmHA for approval. For each subsequent fiscal year the Agent shall prepare a new budget.

B <u>Budget categories</u>. The budget shall be prepared using the format and categories of FmHA Form 1930-7, "Multiple Family Housing Project Budget."

IV <u>Agent's authorizations</u>. The Owner authorizes the Agent to:

A Operate the project according to the Owner's management plan and in compliance with the Owner's loan agreement (or resolution) with FmHA, and applicable FmHA regulations and guidelines.

B Operate and maintain the project within reasonable tolerance (as defined by FmHA) of the expense category subtotals in the project budget.

C Purchase all material, equipment, tools, appliances, supplies and services necessary for proper maintenance and repair of the project as stipulated by the Owner in the management plan, project budget, and/or other form of written documentation.

D Notwithstanding any of the foregoing provisions or any similar provisions that follow, the prior written approval of the Owner will be required for any expenditure which exceeds $ 5000 in any one instance for litigation involving the project, or labor, materials, or otherwise in connection with the maintenance and repair of the project. This limitation is not applicable for recurring expenses within the limits of the operating budget or emergency repairs involving manifest danger to persons or property, or that are required to avoid suspension of any necessary service to the project. In the latter event, the Agent will inform the Owner of the facts as promptly as possible.

E Represent the Owner in specific matters related to management of the project. (Items such as representing the Owner's interest at appeal hearings may be specified here or may be indicated that such authorizations will be provided in writing as an addendum when appropriate.)

V <u>Agent's obligations</u>.

A <u>Management input during and after FmHA processing</u>. The Agent will advise and assist the Owner with respect to management planning and input during FmHA loan processing and subsequent review. The Agent's specific tasks will be:

1 Participation in any conference with FmHA officials involving project management.

2 Preparation and submission of Form FmHA 1930-7 as a quarterly report throughout the period from initial occupancy after FmHA loan closing until such time as no longer required by FmHA. If the management is authorized to sign the reports for the owner, a copy of the signed report as submitted to FmHA will be provided to the Owner.

3 Participation in the on-site final inspection of the project, required by FmHA prior to initial occupancy.

4 Continuing review of the management plan, for the purpose of keeping the Owner advised of necessary or desirable changes.