JJ

Income and Miscellaneous Tax Division
Inheritance Tax Section
Mitchell Building
Helena, Montana 59620

94767

D-7861

# APPLICATION

| Harlan E. Carpenter | 2/16/91 | Yellowstone | DP 91-065 |
|---|---|---|---|
| **Name of Decendent** | **Date of Death** | **Co. of Probate** | **Probate No.** |

I hereby make application to the Department of Revenue to determine the Inheritance Tax Due, if any, the State of Montana by reason of the death of the above named decedent.

I further state that all assets of the decedent have been reported in the inventory and appraisement as required under Section 72-3-607 MCA, and that a copy has been filed with the Department of Revenue.

I further state that the following described real estate was held in a manner which does not require probate, and that the decedent's interest has terminated.

Lots 1, 2, 3, 4 and 5, Block 13, of the Original Town of Harlowton, in the City of Harlowton, Wheatland County, Montana, as described in the official plat on file in the office of the Clerk and Recorder of said County.

**CERTIFICATE** (For Department of Revenue Use Only)

Upon examination of this application, the Department of Revenue finds that:

THE TOTAL INHERITANCE TAX DUE IS . . . . . . . . . $ NONE

Betty Roberts
~~Chief,~~ Inheritance Tax Bureau FEB 17 1993

**TO BE COMPLETED BY THE COUNTY TREASURER'S OFFICE**

**Date:** 2-24-93 **A-120 No.** ______

**This will certify that the information is true and complete.**

Rosemarie Steele
County Treasurer

| | |
|---|---|
| **INH. TAX** | $ |
| **Less Discount** . . . . . | |
| **Plus Interest** . . . . . . . | |
| **Amount Paid** . . . . . . | none |

*AFFIANT IS THE PERSON WHO EXECUTED THE FOREGOING APPLICATION. HE HAS READ THE SAME AND KNOWS THE CONTENTS THEREOF. THE MATTERS STATED THEREIN ARE TRUE TO HIS KNOWLEDGE, EXCEPT SUCH MATTERS AS ARE STATED TO BE UPON INFORMATION AND BELIEF, AND AS TO THOSE MATTERS, HE BELIEVES THEM TO BE TRUE.*

Subscribed and sworn to before me January 22 1993

[signature]

(seal)

Residing at Billings Montana

My commission expires 8-20-94

Marjorie Carpenter
Signature of Applicant

2324 Canyon #2
Applicants Complete Mailing Address

Billings, MT 59102

Filed for record on the 24 day of Feb, A.D., 1993 at 2:00 O'clock PM, and Recorded in BOOK D of Deeds on PAGE ______, Records of Wheatland County, Montana.

Fee $ 6.00

Return to: **Sweeney & Healow**
**Suite 202**
**1250 15th Street West**
**Billings, MT 59102**

Carol Clark
County Clerk and Recorder,

By ______ Deputy

EXHIBIT A

'00 02:09 ID:LANIERFAX3800 FAX: PAGE 2

BOOK 108 PAGE 136

269680

Income and Miscellaneous Tax Division
Inheritance Tax Section
Mitchell Building
Helena, Montana 59620

# APPLICATION

| Name of Decendent | Date of Death | Co. of Probate | Probate No. |
|---|---|---|---|
| Marian E. Carpenter | 2/16/91 | Yellowstone | DP 91-065 |

I hereby make application to the Department of Revenue to determine the Inheritance Tax Due, if any, the State of Montana by reason of the death of the above named decedent.

I further state that all assets of the decedent have been reported in the inventory and appraisement as required under Section 72-3-607 MCA, and that a copy has been filed with the Department of Revenue.

I further state that the following described real estate was held in a manner which does not require probate, and that the decedent's interest has terminated.

Lots 1 through 4, Block 10, of LaVElle's Addition, and Lots 1 through 8, Block 6, of Norton's Addition, in the City of Columbus, Stillwater County, Montana, as described in the official plat on file in the office of the Clerk & Recorder of said County.

(For Department of Revenue Use Only)

CERTIFICATE

Upon examination of this application, the Department of Revenue finds that:

THE TOTAL INHERITANCE TAX DUE IS ........ $ NONE

Betty Lakusta FEB 17 1993
Inheritance Tax Bureau

TO BE COMPLETED BY THE COUNTY TREASURER'S OFFICE

Date: 2/24/93 A-120 No. ......
This will certify that the information is true and complete.
Sarah A. Rice
County Treasurer

INH. TAX $ ........
Less Discount ........
Plus Interest ........ -0-
Amount Paid ........

AFFIANT IS THE PERSON WHO EXECUTED THE FOREGOING APPLICATION. HE HAS READ THE SAME AND KNOWS THE CONTENTS THEREOF. THE MATTERS STATED THEREIN ARE TRUE TO HIS KNOWLEDGE, EXCEPT SUCH MATTERS AS ARE STATED TO BE UPON INFORMATION AND BELIEF, AND AS TO THOSE MATTERS, HE BELIEVES THEM TO BE TRUE.

Subscribed and Sworn to before me, Jan 22, 19 93

Marlene Carpenter
Signature of Applicant

2324 Canyon #2
Billings, MT 59102
Applicants Complete Mailing Address

(seal)

Residing at Billings, MT

My commission expires 8-20-93

Filed for record on the 24th day of February, A.D. 19 93 at 11:15 O'clock A.M., and Recorded in Book 108 of Deeds on PAGE 136, Records of Stillwater County, Montana.

Janet K. Parkins
County Clerk and Recorder

By Nadine Bosen Deputy

Fee $6.00 Paid
Return to: Sweeney & Healow
1258 15th St. West, Suite 202
Billings, MT 59102

BM - 1/89 INH 3X