Johnson

STATE OF MONTANA, } ss.

County of............................................}

Filed for record this........ ...........M., and

Recorded in Book..........of ..........

State of Montana. ...............

No. 8E — WARRANTY DEED TO JO

3100591
Page: 1 of 1
08/24/2000 10:15A
Yellowstone County WD 6.00

This Indenture, Made the 24th day of August
A. D. ~~nineteen hundred and~~ two thousand BETWEEN
Maxine Carpenter, also known as Maxine F. Carpenter

of 2324 Canyon Drive, #2, Billings, MT 59102 PARTy of the FIRST PART
and Maxine Carpenter and her daughter, Robbie Carpenter, a married woman in her own right. Maxine Carpenter being a single woman.

of 2935 Joan Ln., Billings, MT 59102 the PARTIES of the SECOND PART;

WITNESSETH, that the said PARTy of the FIRST PART, for and in consideration of the sum of one dollar and other valuable consideration Dollars ($1.00& ovc) lawful money of the United States of America to her in hand paid by said PARTIES of the SECOND PART, the receipt whereof is hereby acknowledged, does by these presents grant, bargain, sell, convey, warrant and confirm unto the said PARTIES of the SECOND PART, AS JOINT TENANTS AND TO THE SURVIVOR OF SAID NAMED JOINT TENANTS, (and not as tenants in common) and to heirs and assigns of such survivor forever, the hereinafter described real estate situated in the city or town of Worden
County of Yellowstone, and State of Montana, to-wit:

Lots thirteen (13), Fourteen (14), Fifteen (15) and Lot Sixteen (16), except the South 10 feet thereof, Block 53, of the Schultz Second Addition to the Town of Worden, Montana, in Yellowstone County, Montana, according to the official plat on file in the office of the Clerk and Recorder of said County, under Document #70740.

TOGETHER, with all and singular the hereinbefore described premises, all tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues, and profits thereof; and also all the estate, right, title, interest, right of dower and right of homestead, possession, claim and demand whatsoever, as well in law as in equity, of the said PARTy of the FIRST PART, of, in or to the said premises, and every part and parcel thereof, with the appurtenances thereto belonging.

TO HAVE AND TO HOLD, all and singular the above mentioned and described premises unto the said PARTIES of the SECOND PART, as joint tenants with right of survivorship (and not as tenants in common) and to the heirs and assigns of the survivor of said named joint tenants forever.

And the said PARTy of the FIRST PART, and her heirs, do hereby covenant that they will forever WARRANT and DEFEND all right, title and interest in and to the said premises and the quiet and peaceable possession thereof, unto the said PARTIES of the SECOND PART, as joint tenants with right of survivorship (and not as tenants in common) and to the heirs and assigns of the survivor of said named joint tenants, against all acts and deeds of the said PARTy of the FIRST PART, and all and every person and persons whomsoever lawfully claiming or to claim the same.

IN WITNESS WHEREOF, the said PARTy of the FIRST PART has hereunto set her hand and seal the day and year first hereinbefore written.

Signed, Sealed and Delivered in the presence of

Maxine Carpenter by Robbie Carpenter, attorney-in-fact (SEAL)
Maxine Carpenter, by Robbie Carpenter, attorney-in-fact for Maxine Carpenter (SEAL)
Maxine Carpenter by Leanne Carpenter Mills, attorney in fact (SEAL)
Maxine Carpenter, by Leanne Carpenter-Mills, attorney-in-fact for Maxine Carpenter (SEAL)

STATE OF MONTANA, } ss.
County of Yellowstone }

On this 24th day of August in the year ~~nineteen hundred and~~ two thousand before me, a Notary Public for the State of Montana, personally appeared Robbie Carpenter, attorney-in-fact for Maxine Carpenter and Leanne Carpenter-Mills, attorney-in-fact for Maxine Carpenter

known to me personally
(or proved to me on oath of ..........)
to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal the day and year first above written.

(NOTARIAL SEAL — STATE OF MONTANA)

Cyndie Landon
Notary Public for the State of Montana.
Residing at Billings, MT
My Commission expires 12/22, ~~19~~ 2003

EXHIBIT B

299500

STATE OF MONTANA, } ss.
County of Stillwater

Filed for record this 24 day of August 299500 19 2000 at 2:17 o'clock P. M., and Recorded in Book ...... of Deeds on Page 1 of the Records of County of STILLWATER State of Montana. [signature] Clerk and Recorder By......

No. 8E — WARRANTY DEED TO JOINT TENANTS, WITH RIGHT OF SURVIVORSHIP. STATE PUBLISHING CO., HELENA, MONT.

FEE: $6.00 PD RTN TO: Joyce Johnson, 2204 Skyview Ln, Billings, MT 59103

**This Indenture,** Made the 21 day of August A. D. ~~one thousand nine hundred and~~ two thousand BETWEEN Maxine Carpenter, also known as Maxine F. Carpenter, a single woman of 2324 Canyon Drive, #2, Billings, MT 59102 PARTY of the FIRST PART and Maxine Carpenter, a single woman, and her daughter, Robbie Carpenter, a married woman in her own right,

of 2935 Joan Ln., Billings, MT 59102 the PARTIES of the SECOND PART;

WITNESSETH, that the said PARTY of the FIRST PART, for and in consideration of the sum of one dollar and other valuable consideration Dollars ($1.00 & ovc lawful money of the United States of America to her in hand paid by said PARTIES of the SECOND PART, the receipt whereof is hereby acknowledged, does by these presents grant, bargain, sell, convey, warrant and confirm unto the said PARTIES of the SECOND PART, AS JOINT TENANTS AND TO THE SURVIVOR OF SAID NAMED JOINT TENANTS, (and not as tenants in common) and to heirs and assigns of such survivor forever, the hereinafter described real estate situated in the city or town of Columbus County of Stillwater, and State of Montana, to-wit:

Lots 1 through 4, Block 10, of LaVelle's Addition and Lots 1 through 8, Block 6, of Norton's Addition, in the City of Columbus, Stillwater County, Montana, as described in the official plat on file in the office of the Clerk & Recorder of said County.

TOGETHER, with all and singular the hereinbefore described premises, all tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues, and profits thereof; and also all the estate, right, title, interest, right of dower and right of homestead, possession, claim and demand whatsoever, as well in law as in equity, of the said PARTY of the FIRST PART, of, in or to the said premises, and every part and parcel thereof, with the appurtenances thereto belonging.

TO HAVE AND TO HOLD, all and singular the above mentioned and described premises unto the said PARTIES of the SECOND PART, as joint tenants with right of survivorship (and not as tenants in common) and to the heirs and assigns of the survivor of said named joint tenants forever.

And the said PARTY of the FIRST PART, and her heirs, do hereby covenant that they will forever WARRANT and DEFEND all right, title and interest in and to the said premises and the quiet and peaceable possession thereof, unto the said PARTIES of the SECOND PART, as joint tenants with right of survivorship (and not as tenants in common) and to the heirs and assigns of the survivor of said named joint tenants, against all acts and deeds of the said PARTY of the FIRST PART, and all and every person and persons whomsoever lawfully claiming or to claim the same.

IN WITNESS WHEREOF, the said PARTY of the FIRST PART has hereunto set her hand and seal the day and year first hereinbefore written.

Signed, Sealed and Delivered in the presence of

Maxine Carpenter by Robbie Carpenter, attorney-in-fact
Maxine Carpenter, by Robbie Carpenter, attorney-in-fact for Maxine Carpenter (SEAL)
(SEAL)
Maxine Carpenter by Leanne Carpenter Mills attorney-in-fact (SEAL)
Maxine Carpenter, by Leanne Carpenter-Mills, attorney-in-fact for Maxine Carpenter (SEAL)

STATE OF MONTANA, } ss.
County of ~~Yellowstone~~

On this 21st day of August in the year ~~nineteen hundred and~~ two thousand before me, a Notary Public for the State of Montana, personally appeared Robbie Carpenter, attorney-in-fact for Maxine Carpenter and Leanne Carpenter-Mills, attorney-in-fact for Maxine Carpenter

known to me personally
(or proved to me on oath of ......)
to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal the day and year first above written.

Cyndie Landon
Notary Public for the State of Montana.
Residing at Billings, MT
My Commission expires 12/22 19 03 20

MB
JC
[initials]

EXHIBIT C