Form FHA 440-16
(Rev. 11-13-73)

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION

| KIND OF LOAN | | |
|---|---|---|
| ☐ FO | ☐ RH | ☐ NONFARM |
| | | ☐ 504 |
| ☐ FO-NFE | ☒ RRH | |
| ☐ SW(Ind.) | ☐ LH | |
| ☐ RL | ☐ SURPLUS SALE | |

"CORRECTED"
PROMISSORY NOTE

| STATE | | | |
|---|---|---|---|
| Montana | | | |
| COUNTY | | | |
| Stillwater | | | |
| CASE NO. | | | |
| FINANCE OFFICE USE ONLY | | | |
| F | LN | LC | IA |

Date October 7, 19 75

FOR VALUE RECEIVED, the undersigned (whether one or more persons, herein called "Borrower") jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture, (herein called the "Government") at its office

in Red Lodge, Montana,

THE PRINCIPAL SUM OF ONE HUNDRED NINETY-NINE THOUSAND AND NO/100 - - - - - - - - - - -

DOLLARS ($ 199,000.00), plus INTEREST on the UNPAID PRINCIPAL of

EIGHT AND ONE-EIGHTH PERCENT ( 8-1/8 %) PER ANNUM. The said PRINCIPAL and

INTEREST shall be PAYABLE in the FOLLOWING 578 INSTALLMENTS on or before the FOLLOWING DATES: *(No. of Installments)*

$ INTEREST ONLY on OCTOBER 7, 19 76, and
$ INTEREST ONLY on OCTOBER 7, 19 77, and

$ 1,378.00 thereafter on the 7 of each MONTH, until the PRINCIPAL and INTEREST are fully paid except that the FINAL INSTALLMENT of the entire indebtedness evidenced hereby, if not sooner paid, shall be due and PAYABLE FIFTY (50) YEARS from the DATE of this NOTE. The consideration herefor shall support any agreement modifying the foregoing schedule of payments.

Every payment made on any indebtedness evidenced by this note shall be applied first to interest computed to the effective date of the payment and then to principal.

Prepayments of scheduled installments, or any portion thereof, may be made at any time at the option of Borrower. Refunds and extra payments, as defined in the regulations (7 C.F.R. 1861.2) of the Farmers Home Administration according to the source of funds involved, shall, after payment of interest, be applied to the installments last to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled herein.

Borrower agrees that the Government at any time may assign this note and insure the payment thereof, and in such case, though the note is not held by the Government, Borrower shall continue to pay to the Government, as collection agent for the holder, all installments of principal and interest as scheduled herein.

If this note is held by an insured lender, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on either a calendar quarter basis or an annual installment due date basis. The effective date of any prepayment retained and remitted by the Government to the holder on an annual installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitled accruing between the effective date of any such prepayment and the date of the Treasury check to the holder.

Borrower hereby certifies that he is unable to obtain sufficient credit elsewhere to finance his actual needs at reasonable rates and terms, taking into consideration prevailing private and cooperative rates and terms in or near his community for loans for similar purposes and periods of time, and that the loan evidenced hereby shall be used solely for purposes authorized by the Government.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced hereby shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower (a) will personally operate such property as a farm with his own and his family's labor if this is an FO loan, or (b) will personally occupy and use such property if this is an RH loan on a "nonfarm tract" or a section 504 RH loan.

REFINANCING AGREEMENT: If at any time it shall appear to the Government that Borrower may be able to obtain a loan from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock. This paragraph and the preceding paragraph shall not apply to any comaker signing this note pursuant to Section 502 of the Housing Act of 1949 to compensate for deficient repayment ability of other undersigned person(s).

DEFAULT: Failure to pay when due any debt evidenced hereby or perform any covenant or agreement hereunder shall constitute default under any other instrument evidencing a debt of Borrower owing to or insured by the Government or securing or otherwise relating to such a debt; and default under any such other instrument shall constitute default hereunder. UPON ANY SUCH DEFAULT, the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This note is given as evidence of a loan to Borrower made or insured by the Government pursuant to the Consolidated Farmers Home Administration Act of 1961 if the box opposite "FO", "FO--NFE", "RL", or "SW(Ind.)", is checked under the heading "KIND OF LOAN" or pursuant to Title V of the Housing Act of 1949 if the box opposite "RH", "RRH", or "LH", is checked. This note shall be subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the express provisions hereof.

Presentment, protest, and notice are hereby waived.

Post Office Address of Borrower

(1) 120 PECOS PLACE
(2) BILLINGS MT
(3)
(4)

Zip Code 59102

Harlan E. Carpenter (SEAL)
Harlan E. Carpenter (BORROWER)

Maxine F. Carpenter (SEAL)
Maxine F. Carpenter (SPOUSE)

Pay to the order of ______________________

UNITED STATES OF AMERICA
FARMERS HOME ADMINISTRATION

By: ______________________

______________________
(Title)

RECORD OF ADVANCES

| | AMOUNT | DATE | | AMOUNT | DATE |
|---|---|---|---|---|---|
| (1) | $ 31,209.00 | October 7, 1965 | (6) | $ 32,690.00 | April 28, 1976 |
| (2) | $ 33,550.00 | November 20, 1975 | (7) | $ 42,731.00 | June 16, 1976 |
| (3) | $ 14,175.00 | December 15, 1975 | (8) | $ | |
| (4) | $ 9,360.00 | January 13, 1976 | (9) | $ | |
| (5) | $ 35,285.00 | February 24, 1976 | (10) | $ | |

TOTAL