B Liaison with architect and general contractor. At the direction of the owner during the planning and construction phases, the Agent will maintain direct liaison with the architect and general contractor, in order to:

1 Coordinate management concerns with the design and construction of the project,

2 To facilitate completion of any corrective work, and

3 To facilitate the Agent's responsibilities for arranging utilities and services pursuant to paragraph V J of this agreement. The Agent will keep the Owner advised of all significant matters of this nature.

C Marketing. The Agent will market the rental units according to the management plan, observe all requirements of the Affirmative Fair Housing Marketing Plan, and maintain records of the marketing activity for compliance review purposes.

D Rentals. The Agent will offer for rent and will endeavor to rent the dwelling units in the project. The following provisions will apply:

1 The Agent will make preparations for initial rent-up, as described in the management plan.

2 The Agent will follow the tenant selection policy described in the management plan.

3 The Agent will show the premises and available units to all prospective tenants without regard to race, color, national origin, sex, religion, familial status, handicap or age; and will provide for reasonable accommodation to individuals with handicaps.

4 The Agent will take and process all applications received for rentals. If an application is rejected, the Agent will inform the applicant in writing of the reason for rejection. The rejected application, with the reason for rejection noted thereon, will be kept on file until a compliance review has been conducted. If the rejection is because of information obtained from a credit bureau, the source of the report must be revealed to the applicant according to the Fair Credit Reporting Act. A current list of qualified applicants will be maintained.

5 The Agent will prepare all dwelling leases, parking permits, and will execute the same in its name, identified thereon as Agent for the Owner. The terms of all leases will comply with the relevant provisions of FmHA regulations and State and local law. Dwelling leases will be in a form approved by the Owner and FmHA.

6 The Owner will furnish the Agent with rental and income report forms required by FmHA, showing rents as appropriate for dwelling units, other charges for facilities and services, and income data relevant to determinations of tenant eligibility and tenant rents. In no event will the rents and other charges be exceeded.

7 The Agent will counsel all prospective tenants regarding eligibility and will prepare and verify eligibility certifications and recertifications in accordance with FmHA requirements.

E <u>Reports</u>. The Agent will furnish information (including occupancy reports) as may be requested by the Owner, FmHA, and/or the Office of Inspector General from time to time with respect to the project's financial, physical, or operational condition. The Agent will also prepare and submit:

| | |
|---|---|
| Form FmHA 1944-8 | "Tenant Certification" |
| Form FmHA 1944-29 | "Project Worksheet for Interest Credit and Rental Assistance" |
| Form FmHA 1930-7 | "Multiple Family Housing Project Budget" |

The Agent will assist the owner in initiating or completing all additional reporting forms and data prescribed by FmHA affecting the operation and maintenance of the project.

F <u>Collection of rents, security deposits and other receipts</u>. The Agent will endeavor to collect when due all rents, charges, and other amounts receivable on the Owner's account in connection with the management and operation of the project. Such receipts will be deposited immediately in the project's general operating account with Yellowstone Bk (name of bank or such other financial institution designated by the owner), whose deposits are insured by an agency of the Federal Government. The Agent will collect, deposit, and disburse security deposits, if required, in compliance with any State or local laws governing tenant security deposits. Security deposits will be deposited by the Agent in a separate account, at a Federally insured institution. This account will be carried in the owner's name and designated of record as "(Name of Project) Security Deposit Account."

G <u>Accounting system</u>. The Agent must develop a systematic method to record the business transactions of the project that appropriately reflects the complexity of project operations and the owner's

requirements. The Agent may be required to implement and use a bookkeeping and accounting system acceptable to FmHA. The accounts described in paragraph VI of this agreement, as a minimum, will be established and regularly maintained by the Agent.

H <u>Enforcement of leases</u>. The Agent will endeavor to ensure full compliance by each tenant with the terms of the lease. Voluntary compliance will be emphasized. The Agent, using the services of local social service agencies when available, will counsel tenants and make referrals to community agencies in cases of financial hardship or other circumstances deemed appropriate by the Agent. Involuntary termination of tenancies should be avoided to the maximum extent consistent with sound management of the project. Nevertheless, and subject to the relevant procedures prescribed in the management plan, the Agent may initiate action to terminate any tenancy when, in the Agent's judgment, there is material noncompliance with the lease or other good cause as prescribed by FmHA regulations for such termination. The tenant must be properly notified of his/her right to appeal the proposed action according to FmHA regulations. Attorney's fees, and other necessary costs incurred in connection with such actions will be paid out of the general operating account as project expenses within the itemized limit of the project budget.

I <u>Maintenance and repair</u>. The Agent will endeavor to maintain and repair the project in accordance with the management plan and local codes, and keep it in a condition acceptable to the Owner and FmHA at all times. This will include, but is not limited to, cleaning, painting, decorating, plumbing, carpentry, grounds care, energy conservation measures and practices, and such other maintenance and repair work as may be necessary, subject to any limitations imposed by the Owner in addition to those contained herein.

Incidental thereto, the following provisions will apply:

1 Special attention will be given to preventive maintenance, and to the greatest extent feasible, the services of regular maintenance employees will be used.

2 The Agent will contract with qualified independent contractors acceptable to the Owner for the maintenance and repair of air conditioning, heating systems, and elevators, and for extraordinary repairs beyond the capability of regular maintenance employees. Any identity of interest will be identified in accordance with paragraph V B of Exhibit B of this subpart.