VIII Interpretative provisions.

A This agreement constitutes the entire agreement between the Owner and the Agent with respect to the management and operation of the project. No change will be valid unless made by supplemental written agreement approved by FmHA.

B This agreement has been executed in several counterparts, each of which shall constitute a complete original agreement, which may be introduced in evidence or used for any other purpose without production of any of the other counterparts.

C This agreement is NOT in full force and effect unless and until concurred with by FmHA.

D At all times, this agreement will be subject and subordinate to all rights of the FmHA, and will work to the benefit of and constitute a binding obligation upon the Principal Parties and their respective successors and assigns. To the extent that this agreement confers rights upon the consenting parties, it will be deemed to work to their benefit, but without liability to either, in the same manner and work with the same effect as though the consenting parties were primary parties to the agreement.

The Principal Parties [by their duly authorized officers] have executed this agreement on the date first above written.

OWNER: Robbie Carpenter/Maxine Carpenter
By: Robbie Carpenter
Title: Owner

AGENT: Joyce M. Johnson
By: Joyce M Johnson
Title: Manager

As lender or insurer of funds to defray certain costs of the project and without liability for any payments hereunder, the Farmers Home Administration hereby concurs with this agreement.

Farmers Home Administration

By: [signature]

Title: MFH Specialist

Date: 4/19/04

Attachments: Management plan
Loan resolution or agreement
Identity of interest disclosure certificate

oOo