# In the United States Court of Federal Claims

| | |
|---|---|
| ROBERTA R. CARPENTER , SURVIVING JOINT COTENANT, | No. 04-1740 C |
| Plaintiff, | |
| v. | Filed April 26, 2005 |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

ORDER

On April 21, 2005, plaintiff filed a response to defendant's Motion to Dismiss. The response included numerous attachments. The response and attachments were formatted incorrectly and could not be opened in the Court's CM/ECF system. On April 22, 2005, plaintiff refiled the response and attachments, which were formatted properly. The filings, however, were filed out of time.

In consideration of the above, the Court directs the Clerk to strike from the docket plaintiff's April 21 filings, Docket Nos. 10, 11 and 12. The Clerk is also directed to file, by leave of the Court, plaintiff's April 22 filings, Docket No. 13.

IT IS SO ORDERED.

/s George W. Miller
GEORGE W. MILLER
Judge