IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERTA R. CARPENTER,<br>Surviving Joint Cotenant, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1740C<br>(Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of seven days, to and including May 16, 2005, within which to file a reply in support of defendant's motion to dismiss. Defendant's reply is presently due on May 9, 2005. This is our first request for an enlargement of time for this purpose. Plaintiffs' counsel has authorized us to state that plaintiffs will not oppose this motion.

Plaintiff filed her opposition to our motion to dismiss on April 22, 2005, after obtaining two unopposed enlargements of time totaling 42 days. Since that time, Government counsel has been almost fully occupied with the preparation of pre-trial submissions and other pre-trial activities required by the Court in a related case, Grass Valley Terrace v. United States, Fed. Cl. No. 98-726C, which was set for trial to commence on July 19, 2005, but was stayed by order dated May 6, 2005, to allow the parties an opportunity for settlement negotiations. The parties' simultaneous trial preparation and settlement efforts during the past week were particularly time-consuming, and prevented Government counsel from completing the Government's reply brief in this case. Additionally, since April 22, 2005, Government counsel has been engaged in exchanges of damages analyses and other information required by the Court in Allegre Villa v.

United States, No. 98-823C (Fed. Cl.), in Alternative Dispute Resolution proceedings in several other related cases, and in the preparation of joint preliminary status reports and initial disclosures pursuant to RCFC 26(a)(1) in AAB Joint Venture v. United States, No. 04-1719C (Fed. Cl.) and AAB Joint Venture v. United States, No. 05-114C (Fed. Cl.).

For the foregoing reasons, we respectfully request that our motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/David M. Cohen**
DAVID M. COHEN
Director

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

Attorneys for Defendant

May 9, 2005