# In the United States Court of Federal Claims

ROBERTA R. CARPENTER ,
SURVIVING JOINT COTENANT,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 04-1740 C

Filed May 10, 2005

ORDER

On May 9, 2005, defendant requested an enlargement of time of seven days within which to file a reply in support of its motion to dismiss. Counsel for defendant reported that he has been almost fully occupied with trial preparation, settlement negotiations, and ADR proceedings in other cases before the Court of Federal Claims.

In consideration of the above, and the fact that plaintiff does not oppose it, defendant's motion is GRANTED. The Court ORDERS that defendant shall file its reply in support of its motion to dismiss by **Monday, May 16, 2005.**

IT IS SO ORDERED.

/s George W. Miller
GEORGE W. MILLER
Judge