**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

ROBERTA R. CARPENTER,
SURVIVING JOINT
COTENANT

Plaintiff,

**File No. 04-01740**
**Judge Miller**

v.

THE UNITED STATES

Defendant.

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, plaintiff respectfully requests an enlargement of time of ten days, up to and including September 1, 2005, for the purpose of filing Plaintiff's Supplemental Brief in Support of Opposition to Defendant's Motion to Dismiss, together with the list of related cases requested by the Court. Pursuant to the Court's order of July 26, 2005, plaintiff's response and list of related cases are currently due on August 22, 2005. This is plaintiff's first request for an enlargement of time for this purpose. Plaintiff has informed counsel for the United States of their intention to seek this enlargement of time and the United States does not object to, or intend to oppose, this motion.

Counsel for plaintiff continue to work diligently in preparing plaintiff's supplemental brief, but require additional time to complete their filing. For example, counsel are in the process of obtaining additional facts and evidence from plaintiff in connection with the Court's order of July 26, 2005. In addition, both plaintiff and plaintiff's counsel are currently involved in a hearing before the Department of Agriculture's National Appeals Division related to one of the three properties at issue. *See In re Sage Apartments and Rural Housing Service*, Case No. 2005W000789. At the same time, other pressing matters have prevented counsel from being

able to dedicate a sufficient amount of time to complete the supplemental brief by the current due date. For example, the parties are presently in the midst of discovery in a number of related matters, including *Sheyenne Development v. United States*, No. 96-755C, and are engaged in extensive ongoing discussions in *Grass Valley Terrace v. United State*, No. 98-726C and several cases that have been referred to the Court's Alternative Dispute Resolution Pilot Program. Finally, plaintiff also requires additional time to prepare the list of related cases requested by the Court and confer with defendant to finalize the list.

Accordingly, plaintiff respectfully requests that the Court grant this Unopposed Motion for Enlargement of Time for good cause shown and extend the current deadline for filing (1) Plaintiff's Supplemental Brief in Support of Opposition to Defendant's Motion to Dismiss, and (2) the Joint List of Related Cases requested by the Court, by ten days up to and including September 1, 2005.

Dated: August 22, 2005

**Filed Electronically**

**s/Jeff H. Eckland**

Jeff H. Eckland
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: 612-305-4444
Fax: 612-305-4439