# In the United States Court of Federal Claims

ROBERTA R. CARPENTER, SURVIVING JOINT COTENANT,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 04-1740 C

Filed August 23, 2005

ORDER

On August 22, 2005, plaintiff filed an unopposed motion for a ten-day enlargement of time within which to file its supplemental brief in opposition to defendant's motion to dismiss and list of related cases. Plaintiff's counsel reported that, pursuant to the Court's Order of July 26, 2005, they are obtaining additional facts from plaintiff and working with defendant's counsel to compile a list of related cases.

In consideration of the above, and the fact that defendant does not oppose it, plaintiff's motion is GRANTED. Plaintiff shall file its supplemental brief on or before **Thursday, September 1, 2005.**

IT IS SO ORDERED.

/s George W. Miller
GEORGE W. MILLER
Judge