**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

ROBERTA R. CARPENTER,
SURVIVING JOINT
COTENANT

Plaintiff,

**File No. 04-01740**
**Judge G. Miller**

v.

THE UNITED STATES

Defendant.

---

**LIST OF RELATED CASES**

Pursuant to the Court's Order of July 26, 2005 ("Order"), plaintiff hereby submits the attached List of Related Cases. In its Order, the Court directed plaintiff to prepare a list identifying: (1) the cases pending in the Court's ADR pilot program,[1] (2) the similar cases that are stayed,[2] and (3) the remaining similar cases that are proceeding. In accordance of the Court's instructions, counsel for plaintiff conferred with counsel for defendant in preparing this list.

Dated: September 1, 2005

**Filed Electronically**

**s/Jeff H. Eckland**

Jeff H. Eckland
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: 612-305-4444
Fax: 612-305-4439

---

[1] The cases listed in Group I include the original eight cases mentioned in the Court's Order, and numerous other related cases that were recently filed and referred to the ADR pilot program.

[2] The cases listed in Group II consist primarily of stayed cases. However, plaintiff has also included recently filed cases where a motion for stay is pending or where the parties anticipate filing a motion to stay in the near future.