| Case No. | Plaintiff | Judge | Description |
|---|---|---|---|
| **Group 1** | | | |
| 04-1259 C | Ramona Investment Group II, a California Limited Partnership | Lynn J. Bush / ADR Marian Blank Horn | ADR |
| 04-1264 C | Auburn Investment Group, a Califorinia Limited Partnership | Eric G. Bruggink/ ADR Marian Blank Horn | ADR |
| 04-1267 C | Ramona Investment Group I, a California Limited Partnership | ADR Marian Blank Horn | ADR |
| 04-1284 C | Grass Valley Investment Group I, a California Limited Parnterhsip | Nancy B. Firestone / ADR Marian Blank Horn | ADR |
| 04-1287 C | Brawley I Investment Group, a California Limited Partnership | Lawrence M. Baskir / ADR Marian Blank Horn | ADR |
| 04-1293 C | Seeley Investment Group, a California Limited Partnership | ADR Marian Blank Horn | ADR |
| 04-1297 C | Hollister Investment Group II, a California Limited Partnership | Lynn J. Bush / ADR Marian Blank Horn | ADR |
| 04-1302 C | Diamond Springs Investment Group (II), a California Limited Partnership | Nancy B. Firestone / ADR Marian Blank Horn | ADR |
| 04-1305 C | Brawley II Investment Group, a California Limited Partnership | Eric G. Bruggink/ ADR Marian Blank Horn | ADR |
| 04-1311 C | Los Banos Garden Apartments (II), a California Limited Partnership | ADR Marian Blank Horn | ADR |
| 04-1315 C | Pixley Investment Group, a California Limited Partnership | Lynn J. Bush / ADR Marian Blank Horn | ADR |
| 04-1320 C | Weaverville Investment Group (I), a California Limited Partnership | Nancy B. Firestone / ADR Marian Blank Horn | ADR |
| 04-1320 C | Weaverville Investment Group (I), a California Limited Partnership | Nancy B. Firestone / ADR Marian Blank Horn | ADR |
| 04-1710 C | John E Brandli, Sole Proprietorship | Eric G. Bruggink/ ADR Marian Blank Horn | ADR |
| 05-623 C | GLS Limited Partnership #2 | ADR Marian Blank Horn | ADR |
| 05-630 C | Windsor Greens, a Limited Partnership | Lynn J. Bush / ADR Marian Blank Horn | ADR |
| 05-635 C | Rudolf Square, a Limited Partnerhship | Lynn J. Bush / ADR Marian Blank Horn | ADR |

| Case No. | Plaintiff | Judge | Description |
|---|---|---|---|
| 05-636 C | Ridgeway Court II, a Limited Partnership | Nancy B. Firestone / ADR Marian Blank Horn | ADR |
| 05-638 C | Poplar Drive Court, a Limited Partnership | ADR Christine O.C. Miller | ADR |
| 05-645 C | Clay Housing, a Limited Partnership | ADR Marian Blank Horn | ADR |
| 05-651 C | Ashland Apartments Limited | Lynn J. Bush / ADR Marian Blank Horn | ADR |
| 05-660 C | HDMD Properties-Redfield, a Limited Partnership | ADR Marian Blank Horn | ADR |
| 05-662 C | Maple River Manor, a Limited Partnership | Nancy B. Firestone / ADR Marian Blank Horn | ADR |
| 05-665 C | Pheasant Ridge Apartments Limited Partnership | ADR Marian Blank Horn | ADR |
| 05-666 C | Ridge Manor Apartments Limited Partnership | Lawrence M. Baskir / ADR Marian Blank Horn | ADR |
| 05-805 C | Olivehurst Apts., a Limited Partnership | Lynn J. Bush / ADR Marian Blank Horn | ADR |
| 05-811 C | Sunset Street Apartments, a Limted Partnership | Nancy B. Firestone / ADR Marian Blank Horn | ADR |
| 05-821 C | Evergreen Apts., a Limited Partnerhsip | Lynn J. Bush / ADR Marian Blank Horn | ADR |
| 05-822 C | Burney Villa Apartments, a Limited Partnership | Lawrence M. Baskir / ADR Robert H. Hodges, Jr. | ADR |
| 05-824 C | Lillyhill Apartments, a Limited Partnerhsip | ADR Marian Blank Horn | ADR |
| 05-828 C | Arvin Apts., a Limited Partnership | Nancy B. Firestone / ADR Marian Blank Horn | ADR |
| 05-841 C | Riverbank Associates, a California Limited Partnership | Lawrence M. Baskir / ADR Robert H. Hodges, Jr. | ADR |
| 05-843 C | Maywood Associates, a Limited Partnership | Lynn J. Bush / ADR Christine O.C. Miller | ADR |
| 05-845 C | Somerset Village Associates Limited Partnership | Bohdan A. Futey/ ADR Marian Blank Horn | ADR |
| 05-846 C | Somerset Village Associates Limited Partnership | Bohdan A. Futey / ADR Marian Blank Horn | ADR |

| Case No. | Plaintiff | Judge | Description |
|---|---|---|---|
| 05-853 C | Culpeper Apartments Associates Limited Partnership | Lynn J. Bush / ADR Marian Blank Horn | ADR |
| 05-855 C | Hill City Apartments, a General Partnership | Lawrence M. Baskir / ADR Christine O.C. Miller | ADR |
| **Group 2** | | | |
| 04-1260 C | Chowchilla Investment Group, a California Limited Partnership | Francis M. Allegra | Stayed |
| 04-1261 C | Hollister Investment Group, a California Limited Partnership | Susan G. Braden | Stayed |
| 04-1262 C | Lado Del Rio Investors, a California Limited Partnership | Victor J. Wolski | Stayed |
| 04-1263 C | Carson Ridge Investors I, a Califronia Limited Partnership | Loren A. Smith | Stayed |
| 04-1265C | Joseph P. Tate, Sole Proprietorship | George W. Miller | Stayed |
| 04-1266 C | Kerman Investment Group, a California Limited Partnership | Emily C. Hewitt | Stayed |
| 04-1285 C | El Paseo Ltd., a California Limited Partnership | Christine O.C. Miller | Stayed |
| 04-1286 C | Gardenerville Investment Group, a California Limited Partnership | Charles F. Lettow | Stayed |
| 04-1288 C | Exeter Enterprises, a California Limited Partnership | Francis M. Allegra | Stayed |
| 04-1289 C | Yreka Investment Group, a California Limited Partnership | Susan G. Braden | Stayed |
| 04-1290 C | Mariposa Enterprises II, a California Limited Partnership | Victor J. Wolski | Stayed |
| 04-1291 C | Lake Havasu Investment Group, a California Limited Partnership | Christine O.C. Miller | Stayed |
| 04-1292 C | Kelseyville Investment Group, a California Limited Partnership | Loren A. Smith | Stayed |
| 04-1294 C | Shasta View Ranch, a Califorina Limited Partnership | George W. Miller | Stayed |
| 04-1295 C | Weaverville Investment Group (II), a California Limited Partnership | Loren A. Smith | Stayed |

| Case No. | Plaintiff | Judge | Description |
|---|---|---|---|
| 04-1296 C | Holtville Investmetn Group, a California Partnership | Robert H. Hodges, Jr. | Stayed |
| 04-1298 C | Grass Valley Investment Group II, a California Limited Partnership | Emily C. Hewitt | Stayed |
| 04-1300 C | Tunnel Street, a California Limited Partnership | Mary Ellen Coster Williams | Stayed |
| 04-1301 C | Ashland II Investment Group, a California Limited Partnership | Lawrence J. Block | Stayed |
| 04-1303 C | Diamond Springs Apartments (I), a California Limited Partnership | Emily C. Hewitt | Stayed |
| 04-1304 C | California Terrace Apartments, a Califronia Limited Partnership | Charles F. Lettow | Stayed |
| 04-1306 C | 1st Trust & State Bank of Kankakee, Trust N. 5206 | Francis M. Allegra | Stayed |
| 04-1307 C | Arvin Investment Group, a California Limited Partnership | Susan G. Braden | Stayed |
| 04-1308 C | Land Trust No. 6005, State Bank of Jerseyville | Victor J. Wolski | Stayed |
| 04-1309 C | Anthony Garden Apartments, a California Limited Partnership | Christine O.C. Miller | Stayed |
| 04-1310 C | O.B. Partnerhsip, a Limited Partnership | Loren A. Smith | Stayed |
| 04-1312 C | Los Banos Investment Group I, a California Limited Partnership | George W. Miller | Stayed |
| 04-1313 C | Thermal Properties LTD., a California Limited Partnership | Lawrence M. Baskir | Stayed |
| 04-1314 C | Carson Ridge Investment Group II, a Califronia Limited Partnership | Robert H. Hodges, Jr. | Stayed |
| 04-1316 C | Oakhurst Enterprises II, a California Limited Partnership | Emily C. Hewitt | Stayed |
| 04-1318 C | Rio Dell Enterprises, a California Limited Partnership | Mary Ellen Coster Williams | Stayed |
| 04-1319 C | Hollister Investment Group III, a California Limited Partnership | Lawrence J. Block | Stayed |
| 04-1321 C | Michelle Manor, a California Limited Partnership | Robert H. Hodges, Jr. | Stayed |

| Case No. | Plaintiff | Judge | Description |
|---|---|---|---|
| 04-1322 C | Kingsburg Investment Group, a California Limited Partnership | Charles F. Lettow | Stayed |
| 04-1741 C | Carren Properties, a General Partnership | Lawrence S. Margolis | Stayed |
| 05-622 C | GLS Limited Partnership #13 | Victor J . Wolski | Stayed |
| 05-624 C | GLS Limited Partnership #9 | Edward J. Damich | Stayed |
| 05-625 C | GLS Limited Partnership #2 | Susan G. Braden | Stayed |
| 05-631 C | Wing Manor | Francis M. Allegra | Stayed |
| 05-632 C | Williston Village, a Limited Partnership | John P. Wiese | Stayed |
| 05-633 C | Thompson Manor, a General Partnership | Susan G. Braden | Stayed |
| 05-637 C | Ridgeway Court I, a Limited Partnership | Robert H. Hodges, Jr. | Stayed |
| 05-639 C | Pleasant View Manor | Francis M. Allegra | Stayed |
| 05-640 C | Park River Village | Edward J. Damich | Stayed |
| 05-641 C | Oak Crest Manor, a Limited Partnership | Lawrence S. Margolis | Stayed |
| 05-642 C | Maplewood Apartments, a Limited Partnership | James F. Merow | Stayed |
| 05-643 C | Jamestown Village, a Limited Partnership | Emily C. Hewitt | Stayed |
| 05-644 C | Greentree Square, a Limited Partnership | Robert H. Hodges, Jr. | Stayed |
| 05-646 C | Bridgeford Apartments, a Limited Partnership | Lawrence J. Block | Stayed |
| 05-647 C | Aspen Greens II, a Limited Partnership | Christine O.C. Miller | Stayed |
| 05-650 C | Hampton Court, a Limited Partnerhsip | Susan G. Braden | Stayed |

| Case No. | Plaintiff | Judge | Description |
|---|---|---|---|
| 05-653 C | Aspen Greens, a Limited Partnership | Mary Ellen Coster Williams | Stayed |
| 05-654 C | Barnesville Apartments, a General Partnership | Loren A. Smith | Stayed |
| 05-655 C | The Barrington Apartments | Francis M. Allegra | Stayed |
| 05-657 C | Circle Pines, a Limited Partnership | Robert H. Hodges, Jr. | Stayed |
| 05-658 C | Elk Ridge Manor Apartments Limited Partnership | Lawrence J. Block | Stayed |
| 05-659 C | Hanska Housing Limited Partnership | Edward J. Damich | Stayed |
| 05-661 C | HDMD Properties-Winner, a Limited Partnership | Emily C. Hewitt | Stayed |
| 05-664 C | Pelican River Apartments II | Edward J. Damich | Stayed |
| 05-667 C | Riverside Apartments of Priceton Limited Partnership | Nancy B. Firestone / Christine O.C. Miller | Stayed |
| 05-669 C | Willow Creek Limited | Lawrence J. Block | Stayed |
| 05-670 C | York Apartments, a Limited Partnership | Christine O.C. Miller | Stayed |
| 05-634 C | Southgate Village | Charles F. Lettow | Motion to Stay Pending |
| 05-656 C | Chamberlain River Buttes II | Charles F. Lettow | Motion to Stay Pending |
| 05-663 C | Pelican River Apartments | Charles F. Lettow | Motion to Stay Pending |
| 05-806 C | Pam, Inc. | Edward J. Damich | Newly filed |
| 05-807 C | Park Kingsburg | Loren A. Smith | Newly filed |
| 05-808 C | Ripon Associates 82 | Christine O.C. Miller | Newly filed |
| 05-809 C | Searles Apartments | Francis M. Allegra | Newly filed |

| Case No. | Plaintiff | Judge | Description |
|---|---|---|---|
| 05-810 C | Security Enterprises | Susan G. Braden | Newly filed |
| 05-812 C | S.I.R.A. Enterprises | Lawrence J. Block | Newly filed |
| 05-813 C | Waterford Garden Apts. | Robert H. Hodges Jr | Newly filed |
| 05-814 C | Tulare Apts | Francis M. Allegra | Newly filed |
| 05-815 C | Nye County Associates | Charles F. Lettow | Newly filed |
| 05-816 C | Mist | Edward J. Damich | Newly filed |
| 05-817 C | Mesa Grande Investors | Victor J. Wolski | Newly filed |
| 05-818 C | Mountain Senior Center | Mary Ellen Coster Williams | Newly filed |
| 05-819 C | Mojave Villa Apartments | Christine O.C. Miller | Newly filed |
| 05-820 C | Mulberry Villa Apartments | Emily C. Hewitt | Newly filed |
| 05-823 C | Live Oak Apartments | Loren A. Smith | Newly filed |
| 05-825 C | Imperial Villa Apartments | Mary Ellen Coster Williams | Newly filed |
| 05-826 C | Alder Apts. | Francis M. Allegra | Newly filed |
| 05-827 C | Altaville Apts. | Lawrence J. Block | Newly filed |
| 05-829 C | Bardsley Gardens | Robert H. Hodges Jr | Newly filed |
| 05-830 C | Highland Ventures | Charles F. Lettow | Newly filed |
| 05-842 C | Patterson Associates | Susan G. Braden | Newly filed |
| 05-844 C | Valley View Associates Limited Partnership | Emily C. Hewitt | Newly filed |

| Case No. | Plaintiff | Judge | Description |
|---|---|---|---|
| 05-847 C | Scottdale Ii Associates Limited Partnership | Mary Ellen Coster Williams | Newly filed |
| 05-848 C | Pocatalico Village Associates Ii Limited Partnership | Edward J. Damich | Newly filed |
| 05-849 C | Littlestown Villas Limited Partnership | Robert H. Hodges Jr | Newly filed |
| 05-850 C | Great Mills Elderly Limited Partnership | Charles F. Lettow | Newly filed |
| 05-851 C | Gettysburg Place Associates Limited Partnership | Lawrence S. Margolis | Newly filed |
| 05-852 C | Chancellors Run Associates Limited Partnership | Francis M. Allegra | Newly filed |
| 05-854 C | Breton Bay Associates Limited Partnership | John P. Wiese | Newly filed |
| 05-856 C | Keewatin Apartments | James F. Merow | Newly filed |
| 05-894 C | Reo Vista | Susan G. Braden | Newly filed |
| 05-895 C | Onancock Associates | Emily C. Hewitt | Newly filed |
| 05-896 C | Toano II | Edward J. Damich | Newly filed |
| 05-897 C | Franklin II | Francis M. Allegra | Newly filed |
| 05-898 C | Toano Associates | Susan G. Braden | Newly filed |
| **Group 3** | | | |
| 96-699 C | Adams et al. (consolidated with Bellas Domas, No. 98-826) | Victor J. Wolski | Proceeding |
| 97-381 C | Franconia Associates et al. (including consolidated cases Nos. 97-3811 through 97-38130) | Francis M. Allegra | Case Closed |
| 98-726 C | Grass Valley Terrace (including consolidated cases Nos. 98-7262 through 98-72613) | Edward J. Damich | Proceeding |

| Case No. | Plaintiff | Judge | Description |
|---|---|---|---|
| 98-823 C | Allegre Villa (including consolidated cases Nos. 98-8321 through 98-82393) | Christine O.C. Miller | Proceeding |
| 03-2264 C | A.F.T.E.R., Inc. | Susan G. Braden | Proceeding |
| 04-1740 C | Carpenter | George W. Miller | Proceeding |