**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ROBERTA R. CARPENTER,<br>SURVIVING JOINT COTENANT,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | Case No. 04-01740C<br>(Judge G. Miller)<br><br>**DECLARATION OF ROBERTA CARPENTER IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

**DECLARATION OF ROBERTA R. CARPENTER**

I, Roberta R. Carpenter, declare as follows:

1. I am the sole owner of Project I Apartments, Project II Apartments, and Sage Apartments (Columbus). I make this Declaration in support of Plaintiff's Supplemental Brief in Support of Plaintiff's Opposition to Motion to Dismiss. All facts asserted herein are based upon my personal knowledge.

2. I continue to rely on the facts asserted in my declaration filed in support of Plaintiff's Opposition to Defendant's Motion to Dismiss regarding my ownership of the properties. I have also retrieved other documents demonstrating the agency's recognition and acceptance of me as the sole owner of the property, and the "borrower" with respect to the mortgages issued for each of the three properties.

3. As the budgets for the three properties show, I continue to pay the mortgage on each property with the approval of the Agency. Ex. A at 1 (Sage-Columbus); Ex. B at 1 (Project I); Ex. C at 1 (Project II). Each budget has my name, along with the deceased

Maxine Carpenter, as the "borrower." *Id.* These documents bear the signature and approval of Rural Development. Ex. A at 6; Ex. B at 6; Ex. C at 6. I have never been informed that the Agency regulations no longer apply to me nor that I was free to raise rents to market levels.

4. The Agency has consistently treated me like any other owner in the Section 515 program. For example, the Agency has asked me to pay for a portion of the costs for obtaining appraisals for each of the properties pursuant to the Agency's regulations. Ex. E.

5. The Agency has also expressly allowed me to exercise rights that were previously exercised by Maxine Carpenter, deceased. *See* Ex. D; Ex. F. The Agency has authorized me to access the reserve accounts and deposit accounts for the properties. Ex. D, F.

6. I understand that I am the successor to Harlan and Maxine Carpenter's agreements with the Agency by the right of survivorship that applies to joint tenants. Further, I have provided documents that demonstrate the Agency's approval of my role as the owner of these properties performing the obligations required under the mortgage and loan agreements. These documents include:

An Agency approved budget for Sage Apts.(Columbus) listing Roberta Carpenter as "borrower";
An Agency approved budget for Project I Apts. listing Roberta Carpenter as "borrower";
An Agency approved budget for Project II Apts. listing Roberta Carpenter as "borrower";
A Certificate of Deposit for Sage Apts. endorsed by Roberta Carpenter and Agency officials;
A letter from the Agency to Roberta Carpenter dated August 27, 2004;
A Certificate of Authority for Projects I & II endorsed by R. Carpenter and Agency officials.
True and correct copies of these documents are attached here to as Exhibits A to F, respectively.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 16, 2005 in Billings, MT

Roberta R. Carpenter

Roberta R. Carpenter