Position 3

USDA
Form RD 1930-7
(Rev. 8-00)

FORM APPROVED
OMB NO. 0575-0033

# MULTIPLE FAMILY HOUSING PROJECT BUDGET

| PROJECT NAME | BORROWER NAME | BORROWER ID AND PROJECT NO. |
|---|---|---|
| Columbus Project | Mafine County [illegible] Carpenter | 71-048-517309660 3-3 |
| Loan/Transfer Amount $ | Note Rate Payment $ | IC Payment $ |

| Reporting Period | Budget Type | Project Rental Type | Profit Type | The following utilities are master metered: | |
|---|---|---|---|---|---|
| ☐ Annual | ☐ Initial | ☐ Family | ☐ Full Profit | ☑ Electricity | ☑ I hereby request 1 units of RA. Current number of RA units 11. |
| ☐ Quarterly | ☐ Regular Report | ☑ Elderly | ☑ Limited Profit | ☑ Water | Borrower Accounting Method |
| ☐ Monthly | ☐ Rent Change | ☐ Congregate | ☐ Non-Profit | ☑ Sewer | ☑ Cash ☐ Accrual |
| | ☐ SMR | ☐ Group Home | | ☑ Other heat | |
| | ☐ Other Servicing | ☐ Mixed ☐ LH | | | |

## PART I—CASH FLOW STATEMENT

| | CURRENT BUDGET | ACTUAL | PROPOSED BUDGET | COMMENTS or (YTD) |
|---|---|---|---|---|
| BEGINNING DATES> | (01-01-03) | ( - - ) | (01-01-04) | ( - - ) |
| ENDING DATES> | 12-31-03) | ( - - ) | 12-31-04) | ( - - ) |
| **OPERATIONAL CASH SOURCES** | | | | |
| 1. RENTAL INCOME | 40320 | | 40320 | |
| 2. RHS RENTAL ASSISTANCE RECEIVED | | | | |
| 3. APPLICATION FEES RECEIVED | | | | |
| 4. LAUNDRY AND VENDING | 650 | | 650 | |
| 5. INTEREST INCOME | 750 | | 750 | |
| 6. TENANT CHARGES | 200 | | 200 | |
| 7. OTHER - PROJECT SOURCES | | | | |
| 8. LESS *(Vacancy and Contingency Allowance)* | ( 2016 ) | | ( 2016 ) | 5% (4% Fp3) |
| 9. LESS *(Agency Approved Incentive Allowance)* | ( ) | | ( ) | |
| 10. SUB-TOTAL *[(1 thru 7) - (8 & 9)]* | 39904 | | 39904 | |
| **NON-OPERATIONAL CASH SOURCES** | | | | |
| 11. CASH - NON PROJECT | | | | |
| 12. AUTHORIZED LOAN *(Non-RHS)* | | | | |
| 13. TRANSFER FROM RESERVE | | | | |
| 14. SUB-TOTAL *(11 thru 13)* | | | | |
| 15. TOTAL CASH SOURCES *(10+14)* | 39904 | | 39904 | |
| **OPERATIONAL CASH USES** | | | | |
| 16. TOTAL O&M EXPENSES *(From Part II)* | 31200 | | 31200 | |
| 17. RHS DEBT PAYMENT | 5232 | | 5232 | |
| 18. RHS PAYMENT *(Overage)* | | | | |
| 19. RHS PAYMENT *(Late Fee)* | | | | |
| 20. REDUCTION IN PRIOR YEAR PAYABLES *(See Part IV)* | | | | |
| 21. TENANT UTILITY PAYMENTS | | | | |
| 22. TRANSFER TO RESERVE | 2306 | | 2306 | |
| 23. RETURN TO OWNER | 1116 | | 1116 | |
| 24. SUB-TOTAL *(16 thru 23)* | 39854 | | 39854 | |
| **NON-OPERATIONAL CASH USES** | | | | |
| 25. AUTHORIZED DEBT PAYMENT (Non-RHS) | | | | |
| 26. LONG-TERM IMPROVEMENTS | | | | |
| 27. MISCELLANEOUS | | | | |
| 28. SUB-TOTAL *(25 thru 27)* | | | | |
| 29. TOTAL CASH USES *(24+28)* | 39854 | | 39854 | |
| 30. NET CASH (DEFICIT) *(15–29)* | 50 | | 50 | |
| **CASH BALANCE** | | | | |
| 31. BEGINNING CASH BALANCE | 1750 | | 2075 | |
| 32. ACCRUAL TO CASH ADJUSTMENT *(see Part IV)* | | | | |
| 33. ENDING CASH BALANCE *(30+31+32)* | 1800 | | 2125 | |

*According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0575-0033. The time required to complete this information collection is estimated to average 4 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.*

EXHIBIT A

## PART II—OPERATING AND MAINTENANCE EXPENSE SCHEDULE

| | CURRENT BUDGET | ACTUAL | PROPOSED BUDGET | COMMENTS or (YTD) |
|---|---|---|---|---|
| 1. MAINTENANCE AND REPAIRS PAYROLL | | | | |
| 2. MAINTENANCE AND REPAIRS SUPPLY | 200 | | 200 | |
| 3. MAINTENANCE AND REPAIRS CONTRACT | 4518 | | 4408 | |
| 4. PAINTING AND DECORATING | 800 | | 800 | |
| 5. SNOW REMOVAL | | | | |
| 6. ELEVATOR MAINTENANCE/CONTRACT | | | | |
| 7. GROUNDS | 1200 | | 1200 | |
| 8. SERVICES | 300 | | 300 | |
| 9. FURNITURE & FURNISHING REPLACEMENT | 1600 | | 1500 | |
| 10. OTHER OPERATING EXPENSES *(Itemize)* | | | | |
| 11. SUB-TOTAL MAINT. & OPERATING *(1 thru 10)* | 8518 | | 8408 | |
| 12. ELECTRICITY *If master metered* | 6300 | | 6000 | |
| 13. WATER *check box on* | 900 | | 1000 | |
| 14. SEWER *front* | 1600 | | 1600 | |
| 15. FUEL *(Oil/Coal/Gas)* | | | | |
| 16. GARBAGE & TRASH REMOVAL | 425 | | 485 | |
| 17. OTHER UTILITIES | | | | |
| 18. SUB-TOTAL UTILITIES *(12 thru 17)* | 9225 | | 9025 | |
| 19. SITE MANAGEMENT PAYROLL | 1100 | | 960 | |
| 20. MANAGEMENT FEE | 7632 | | 7632 | |
| 21. PROJECT AUDITING EXPENSE | 300 | | 300 | |
| 22. PROJECT BOOKKEEPING/ACCOUNTING | | | | |
| 23. LEGAL EXPENSES | | | | |
| 24. ADVERTISING | 100 | | 125 | |
| 25. TELEPHONE & ANSWERING SERVICE | 125 | | 100 | |
| 26. OFFICE SUPPLIES | 150 | | 100 | |
| 27. OFFICE FURNITURE & EQUIPMENT | | | | |
| 28. TRAINING EXPENSE | | | | |
| 29. HEALTH INS. & OTHER EMP. BENEFITS | | | | |
| 30. PAYROLL TAXES | | | | |
| 31. WORKMAN'S COMPENSATION | | | | |
| 32. OTHER ADMINISTRATIVE EXPENSES *(Itemize)* | | | | |
| 33. SUB-TOTAL ADMINISTRATIVE *(19 thru 32)* | 9407 | | 9217 | |
| 34. REAL ESTATE TAXES | 2350 | | 2850 | |
| 35. SPECIAL ASSESSMENTS | | | | |
| 36. OTHER TAXES, LICENSES & PERMITS | | | | |
| 37. PROPERTY & LIABILITY INSURANCE | 1700 | | 1700 | |
| 38. FIDELITY COVERAGE INSURANCE | | | | |
| 39. OTHER INSURANCE | | | | |
| 40. SUB-TOTAL TAXES & INSURANCE *(34 thru 39)* | 4050 | | 4550 | |
| 41. TOTAL O&M EXPENSES *(11+18+33+40)* | 31200 | | 31200 | |

## PART III—ACCOUNT BUDGETING/STATUS

| | CURRENT BUDGET | ACTUAL | PROPOSED BUDGET | COMMENTS or (YTD) |
|---|---|---|---|---|
| **RESERVE ACCOUNT:** | | | | |
| 1. BEGINNING BALANCE | 15000 | | 16506 | |
| 2. TRANSFER TO RESERVE | 2306 | | 2306 | |
| TRANSFER FROM RESERVE | [redacted] | | | |
| 3. OPERATING DEFICIT | | | | |
| 4. BUILDING REPAIR & IMPROVEMENTS | | | | |
| 5. EQUIPMENT REPAIR & REPLACEMENT | | | | |
| 6. OTHER NON-OPERATING EXPENSES | | | | |
| 7. TOTAL *(3 thru 6)* | ( ) | ( ) | ( ) | |
| 8. ENDING BALANCE *[(1+2)-7]* | 17306 | | 18812 | |

| | ACTUAL | COMMENTS or (YTD) |
|---|---|---|
| **GENERAL OPERATING ACCOUNT:*** | | |
| BEGINNING BALANCE | 2077 | |
| ENDING BALANCE | | |
| **REAL ESTATE TAX AND INSURANCE ESCROW ACCOUNT:*** | | |
| BEGINNING BALANCE | | |
| ENDING BALANCE | | |
| **TENANT SECURITY DEPOSIT ACCOUNT:*** | | |
| BEGINNING BALANCE | 2844 | |
| ENDING BALANCE | | |

*(*Complete upon submission of actual expenses.)*

| | | | |
|---|---|---|---|
| NUMBER OF APPLICANTS ON THE WAITING LIST | 1 | RESERVE ACCT. REQ. BALANCE | |
| NUMBER OF APPLICANTS NEEDING RA | none | AMOUNT AHEAD/BEHIND | |

## PART IV - BUDGET DETAIL

**1. ACCOUNTS RECEIVEABLE-AGED**

| 0-30 | 30-60 | 60-90 | OVER 90 |
|---|---|---|---|
| | | none | |

**3. ITEMIZE PART I, LINE 20**

**2. ACCOUNTS PAYABLE-AGED**

| 0-30 | 30-60 | 60-90 | OVER 90 |
|---|---|---|---|
| | | none | |

**4. ITEMIZE PART I, LINE 32**

## PART V—RENT SCHEDULE

A. CURRENT APPROVED RENTS/UTILITY ALLOWANCE:

| UNIT DESCRIPTION | | | RENTAL RATES | | | POTENTIAL INCOME FROM EACH RATE | | | UTILITY ALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | SIZE | NUMBER | BASIC | NOTE RATE | HUD | BASIC | NOTE RATE | HUD | |
| | 1 | 12 | 280 | 400 | | 40320 | 64800 | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | CURRENT RENT TOTALS: | 40320 | 64800 | | |
| | | | | | | BASIC | NOTE | HUD | |

B. PROPOSED CHANGE TO RENTS/UTILITY ALLOWANCE:

| UNIT DESCRIPTION | | | RENTAL RATES | | | POTENTIAL INCOME FROM EACH RATE | | | UTILITY ALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | SIZE | NUMBER | BASIC | NOTE RATE | HUD | BASIC | NOTE RATE | HUD | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | CURRENT RENT TOTALS: | | | | |
| | | | | | | BASIC | NOTE | HUD | |

EFFECTIVE DATE OF RENT/UTILITY ALLOWANCE CHANGE: __________

UTILITY ALLOWANCE DETAIL

☐ CURRENT ☐ PROPOSED

MONTHLY DOLLAR ALLOWANCES

| UTILITY OR SERVICE | 0-BR | 1-BR | 2-BR | 3-BR | 4-BR | 5-BR |
|---|---|---|---|---|---|---|
| ELECTRIC | | | | | | |
| GAS | | | | | | |
| WATER | | | | | | |
| SEWER | | | | | | |
| TRASH COLLECTION | | | | | | |
| OTHER (Specify) | | | | | | |
| TOTAL ALLOWANCE *(Round to next higher dollar)* | | | | | | |

# PART VI – ANNUAL CAPITAL BUDGET

| | Proposed/Actual From Reserve | Proposed/Actual From Operating | Number of units | Proposed/Actual Total |
|---|---|---|---|---|
| **Appliances:** | | | | |
| Range | | | | |
| Refrigerator | | | | |
| Range Hood | as needed | | | |
| Washers & Dryers | | | | |
| **Carpet and Vinyl:** | | | | |
| 1 Br. | as needed | | | |
| 2 Br. | | | | |
| 3 Br. + | | | | |
| Common area | | | | |
| **Cabinets:** | | | | |
| Kitchens | | | | |
| Bathroom | | | | |
| **Doors:** | | | | |
| Exterior | | | | |
| Interior | | | | |
| **Window Coverings:** Detail | | | | |
| **Heating and Air Conditioning:** | | | | |
| Heating | will consider replacing in next few years | | | |
| Air conditioning | as needed | | | |
| **Plumbing:** | | | | |
| Water Heater | replace as needed | | | |
| Bath Sinks | | | | |
| Kitchen Sinks | | | | |
| Faucets | replace as needed | | | |
| Toilets | | | | |
| **Major Electricial** Detail | | | | |
| **Structures:** | | | | |
| Windows | need replaced in near future | | | |
| Screens | | | | |
| Walls | | | | |
| Roofing | | | | |
| Siding | | | | |
| Exterior Painting | | | | |
| **Paving:** | | | | |
| Asphalt | | | | |
| Concrete | | | | |
| Seal and Stripe | | | | |
| **Landscape and grounds:** | | | | |
| Landscaping | | | | |
| Lawn Equipment | timers need replacing | | | |
| Fencing | | | | |
| Recreation area | | | | |
| Signs | | | | |
| **Accessibility features:** Detail | | | | |
| **Automation equipment:** | | | | |
| Site management | | | | |
| Common area | | | | |
| **Other:** | | | | |
| List: ______ | | | | |
| List: ______ | | | | |
| **TOTAL CAPITAL EXPENSES:** | | | | |

## PART VII – SIGNATURES, DATES AND COMMENTS

☐ Check if Borrower comments attached ☐ Check if Rural Development comments attached

| CERTIFIED CORRECT *(Borrower or Authorized Representative):* | DATE: |
|---|---|
| Joyce M Johnson | 9-29-03 |
| AGENCY APPROVAL *(Rural Development Approval Official):* | DATE: |
| [signature] USDA | 12/23/03 |

COMMENTS: