*Position 3*

USDA
Form RD 1930-7
(Rev. 8-00)

FORM APPROVED
OMB NO. 0575-0033

# MULTIPLE FAMILY HOUSING PROJECT BUDGET

| PROJECT NAME | BORROWER NAME | BORROWER ID AND PROJECT NO. |
|---|---|---|
| project II apt. Warden | [illegible] | 51-056-517309660 1-0 |
| Loan/Transfer Amount $ | Note Rate Payment $ | IC Payment $ |

| Reporting Period | Budget Type | Project Rental Type | Profit Type | The following utilities are master metered: | |
|---|---|---|---|---|---|
| ☐ Annual | ☐ Initial | ☑ Family | ☐ Full Profit | ☒ Electricity with heat | ☑ I hereby request 1 units of RA. Current number of RA units 11. |
| ☐ Quarterly | ☐ Regular Report | ☐ Elderly | ☑ Limited Profit | ☑ Water | Borrower Accounting Method |
| ☐ Monthly | ☐ Rent Change | ☐ Congregate | ☐ Non-Profit | ☑ Sewer | ☑ Cash ☐ Accrual |
| | ☐ SMR | ☐ Group Home | | ☐ Other ______ | |
| | ☐ Other Servicing | ☐ Mixed ☐ LH | | | |

## PART I—CASH FLOW STATEMENT

| | CURRENT BUDGET | ACTUAL | PROPOSED BUDGET | COMMENTS or (YTD) |
|---|---|---|---|---|
| BEGINNING DATES> | (01-01-03) | ( - - ) | (01-01-04) | ( - - ) |
| ENDING DATES> | (12-31-03) | ( - - ) | (12-31-04) | ( - - ) |
| **OPERATIONAL CASH SOURCES** | | | | |
| 1. RENTAL INCOME | 50760 | | 50760 | |
| 2. RHS RENTAL ASSISTANCE RECEIVED | | | | |
| 3. APPLICATION FEES RECEIVED | | | | |
| 4. LAUNDRY AND VENDING | 1000 | | 1000 | |
| 5. INTEREST INCOME | 725 | | 700 | |
| 6. TENANT CHARGES | 300 | | 300 | |
| 7. OTHER - PROJECT SOURCES | | | | |
| 8. LESS *(Vacancy and Contingency Allowance)* | ( 3285 ) | | ( 3200 ) | 6% (01 FY03) |
| 9. LESS *(Agency Approved Incentive Allowance)* | ( ) | | ( ) | |
| 10. SUB-TOTAL *[(1 thru 7) - (8 & 9)]* | 49500 | | 49560 | |
| **NON-OPERATIONAL CASH SOURCES** | | | | |
| 11. CASH - NON PROJECT | | | | |
| 12. AUTHORIZED LOAN *(Non-RHS)* | | | | |
| 13. TRANSFER FROM RESERVE | | | | |
| 14. SUB-TOTAL *(11 thru 13)* | | | | |
| 15. TOTAL CASH SOURCES *(10+14)* | 49500 | | 49560 | |
| **OPERATIONAL CASH USES** | | | | |
| 16. TOTAL O&M EXPENSES *(From Part II)* | 34600 | | 34800 | |
| 17. RHS DEBT PAYMENT | 8844 | | 8844 | |
| 18. RHS PAYMENT *(Overage)* | | | | |
| 19. RHS PAYMENT *(Late Fee)* | | | | |
| 20. REDUCTION IN PRIOR YEAR PAYABLES *(See Part IV)* | | | | |
| 21. TENANT UTILITY PAYMENTS | | | | |
| 22. TRANSFER TO RESERVE | 3412 | | 3412 | |
| 23. RETURN TO OWNER | 2112 | | 2112 | |
| 24. SUB-TOTAL *(16 thru 23)* | 48968 | | 49168 | |
| **NON-OPERATIONAL CASH USES** | | | | |
| 25. AUTHORIZED DEBT PAYMENT (Non-RHS) | | | | |
| 26. LONG-TERM IMPROVEMENTS | | | | |
| 27. MISCELLANEOUS | | | | |
| 28. SUB-TOTAL *(25 thru 27)* | | | | |
| 29. TOTAL CASH USES *(24+28)* | 48968 | | 49168 | |
| 30. NET CASH (DEFICIT) *(15–29)* | 532 | | 392 | |
| **CASH BALANCE** | | | | |
| 31. BEGINNING CASH BALANCE | 3500 | | 4032 | |
| 32. ACCRUAL TO CASH ADJUSTMENT *(see Part IV)* | | | | |
| 33. ENDING CASH BALANCE *(30+31+32)* | 4032 | | 4424 | 12% OR. |

*According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0575-0033. The time required to complete this information collection is estimated to average 4 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.*

EXHIBIT C

## PART II—OPERATING AND MAINTENANCE EXPENSE SCHEDULE

| | CURRENT BUDGET | ACTUAL | PROPOSED BUDGET | COMMENTS or (YTD) |
|---|---|---|---|---|
| 1. MAINTENANCE AND REPAIRS PAYROLL | | | | |
| 2. MAINTENANCE AND REPAIRS SUPPLY | 175 | | 200 | |
| 3. MAINTENANCE AND REPAIRS CONTRACT | 3693 | | 3493 | |
| 4. PAINTING AND DECORATING | 1000 | | 1100 | |
| 5. SNOW REMOVAL | 300 | | 300 | |
| 6. ELEVATOR MAINTENANCE/CONTRACT | | | | |
| 7. GROUNDS | 800 | | 650 | |
| 8. SERVICES | 300 | | 300 | |
| 9. FURNITURE & FURNISHING REPLACEMENT | 2400 | | 2200 | |
| 10. OTHER OPERATING EXPENSES *(itemize)* | | | | |
| 11. SUB-TOTAL MAINT. & OPERATING *(11 thru 10)* | 8668 | | 8243 | |
| 12. ELECTRICITY — *If master metered check box on front.* | 8900 | | 9125 | |
| 13. WATER | 800 | | 1200 | |
| 14. SEWER | 2000 | | 1900 | |
| 15. FUEL *(Oil/Coal/Gas)* | | | | |
| 16. GARBAGE & TRASH REMOVAL | 750 | | 750 | |
| 17. OTHER UTILITIES | | | | |
| 18. SUB-TOTAL UTILITIES *(12 thru 17)* | 12450 | | 12975 | |
| 19. SITE MANAGEMENT PAYROLL | 800 | | 800 | |
| 20. MANAGEMENT FEE | 7632 | | 7632 | |
| 21. PROJECT AUDITING EXPENSE | 300 | | 300 | |
| 22. PROJECT BOOKKEEPING/ACCOUNTING | | | | |
| 23. LEGAL EXPENSES | | | | |
| 24. ADVERTISING | 100 | | 100 | |
| 25. TELEPHONE & ANSWERING SERVICE | 150 | | 150 | |
| 26. OFFICE SUPPLIES | 200 | | 200 | |
| 27. OFFICE FURNITURE & EQUIPMENT | | | | |
| 28. TRAINING EXPENSE | | | | |
| 29. HEALTH INS. & OTHER EMP. BENEFITS | | | | |
| 30. PAYROLL TAXES | | | | |
| 31. WORKMAN'S COMPENSATION | | | | |
| 32. OTHER ADMINISTRATIVE EXPENSES *(itemize)* | | | | |
| 33. SUB-TOTAL ADMINISTRATIVE *(19 thru 32)* | 9182 | | 9182 | 76 |
| 34. REAL ESTATE TAXES | 3100 | | 3200 | |
| 35. SPECIAL ASSESSMENTS | | | | |
| 36. OTHER TAXES, LICENSES & PERMITS | | | | |
| 37. PROPERTY & LIABILITY INSURANCE | 1200 | | 1200 | |
| 38. FIDELITY COVERAGE INSURANCE | | | | |
| 39. OTHER INSURANCE | | | | |
| 40. SUB-TOTAL TAXES & INSURANCE *(34 thru 39)* | 4300 | | 4400 | |
| 41. TOTAL O&M EXPENSES *(11+18+33+40)* | 34600 | | 34800 | |

## PART III—ACCOUNT BUDGETING/STATUS

| | CURRENT BUDGET | ACTUAL | PROPOSED BUDGET | COMMENTS or (YTD) |
|---|---|---|---|---|
| **RESERVE ACCOUNT:** | | | | |
| 1. BEGINNING BALANCE | 24550 | | 27962 | |
| 2. TRANSFER TO RESERVE | 3412 | | 3412 | |
| TRANSFER FROM RESERVE | | | | |
| 3. OPERATING DEFICIT | | | | |
| 4. BUILDING REPAIR & IMPROVEMENTS | | | | |
| 5. EQUIPMENT REPAIR & REPLACEMENT | | | | |
| 6. OTHER NON-OPERATING EXPENSES | | | | |
| 7. TOTAL *(3 thru 6)* | ( ) | ( ) | ( ) | |
| 8. ENDING BALANCE *[(1+2)-7]* | 27962 | | 31374 | |

| | ACTUAL | COMMENTS or (YTD) |
|---|---|---|
| **GENERAL OPERATING ACCOUNT:*** | | |
| BEGINNING BALANCE | 6753 | |
| ENDING BALANCE | | |
| **REAL ESTATE TAX AND INSURANCE ESCROW ACCOUNT:*** | | |
| BEGINNING BALANCE | X | |
| ENDING BALANCE | X | |
| **TENANT SECURITY DEPOSIT ACCOUNT:*** | | |
| BEGINNING BALANCE | 2300 | |
| ENDING BALANCE | | |

*(*Complete upon submission of actual expenses.)*

NUMBER OF APPLICANTS ON THE WAITING LIST: 3
NUMBER OF APPLICANTS NEEDING RA: none

RESERVE ACCT. REQ. BALANCE:
AMOUNT AHEAD/BEHIND:

## PART IV - BUDGET DETAIL

**1. ACCOUNTS RECEIVEABLE-AGED**

| 0-30 | 30-60 | 60-90 | OVER 90 |
|---|---|---|---|
| | | none | |

**3. ITEMIZE PART I, LINE 28**

**2. ACCOUNTS PAYABLE-AGED**

| 0-30 | 30-60 | 60-90 | OVER 90 |
|---|---|---|---|
| | | none | |

**4. ITEMIZE PART I, LINE 32**

## PART V—RENT SCHEDULE

### A. CURRENT APPROVED RENTS/UTILITY ALLOWANCE:

| UNIT DESCRIPTION | | | RENTAL RATES | | | POTENTIAL INCOME FROM EACH RATE | | | UTILITY ALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | SIZE | NUMBER | BASIC | NOTE RATE | HUD | BASIC | NOTE RATE | HUD | |
| | 1 | 10 | 350 | 525 | | 42000 | 63000 | | |
| | 2 | 2 | 365 | 540 | | 8760 | 12960 | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | CURRENT RENT TOTALS: | 50760 | 75960 | | |
| | | | | | | BASIC | NOTE | HUD | |

### B. PROPOSED CHANGE TO RENTS/UTILITY ALLOWANCE:

| UNIT DESCRIPTION | | | RENTAL RATES | | | POTENTIAL INCOME FROM EACH RATE | | | UTILITY ALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | SIZE | NUMBER | BASIC | NOTE RATE | HUD | BASIC | NOTE RATE | HUD | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | CURRENT RENT TOTALS: | | | | |
| | | | | | | BASIC | NOTE | HUD | |

EFFECTIVE DATE OF RENT/UTILITY ALLOWANCE CHANGE:

UTILITY ALLOWANCE DETAIL

☐ CURRENT ☐ PROPOSED

| UTILITY OR SERVICE | MONTHLY DOLLAR ALLOWANCES | | | | | |
|---|---|---|---|---|---|---|
| | 0-BR | 1-BR | 2-BR | 3-BR | 4-BR | 5-BR |
| ELECTRIC | | | | | | |
| GAS | | | | | | |
| WATER | | | | | | |
| SEWER | | | | | | |
| TRASH COLLECTION | | | | | | |
| OTHER (Specify) ______ | | | | | | |
| TOTAL ALLOWANCE *(Round to next higher dollar)* | | | | | | |

## PART VI – ANNUAL CAPITAL BUDGET

| | | Proposed/Actual From Reserve | Proposed/Actual From Operating | Number of units | Proposed/Actual Total |
|---|---|---|---|---|---|
| **Appliances:** | | | | | |
| | Range | | | | |
| | Refrigerator | replace as needed | | | |
| | Range Hood | | | | |
| | Washers & Dryers | | | | |
| **Carpet and Vinyl:** | | | | | |
| | 1 Br. | as needed | | | |
| | 2 Br. | | | | |
| | 3 Br. + | | | | |
| | Common area | | | | |
| **Cabinets:** | | | | | |
| | Kitchens | | | | |
| | Bathroom | | | | |
| **Doors:** | | | | | |
| | Exterior | | | | |
| | Interior | | | | |
| **Window Coverings:** | | | | | |
| | Detail | | | | |
| **Heating and Air Conditioning:** | | | | | |
| | Heating | | | | |
| | Air conditioning | replace as needed | | | |
| **Plumbing:** | | | | | |
| | Water Heater | | | | |
| | Bath Sinks | | | | |
| | Kitchen Sinks | | | | |
| | Faucets | | | | |
| | Toilets | | | | |
| **Major Electricial** | | | | | |
| | Detail | | | | |
| **Structures:** | | | | | |
| | Windows | would like to replace to energy efficient | | | |
| | Screens | | | | |
| | Walls | | | | |
| | Roofing | | | | |
| | Siding | | | | |
| | Exterior Painting | | | | |
| **Paving:** | | | | | |
| | Asphalt | | | | |
| | Concrete | | | | |
| | Seal and Stripe | | | | |
| **Landscape and grounds:** | | | | | |
| | Landscaping | | | | |
| | Lawn Equipment | | | | |
| | Fencing | | | | |
| | Recreation area | | | | |
| | Signs | | | | |
| **Accessibility features:** | | | | | |
| | Detail | | | | |
| **Automation equipment:** | | | | | |
| | Site management | | | | |
| | Common area | | | | |
| **Other:** | | | | | |
| List: stairs | | have not rec'd inspection, but was told they are out of compliance, the local building inspector in Billings says they are grandfathered & should not need replacing. If this is waived & will move forward with new windows | | | |
| List: | | | | | |
| **TOTAL CAPITAL EXPENSES:** | | | | | |

## PART VII -- SIGNATURES, DATES AND COMMENTS

☐ Check if Borrower comments attached ☐ Check if Rural Development comments attached

| | |
|---|---|
| CERTIFIED CORRECT *(Borrower or Authorized Representative)*: Joyce M Johnson | DATE: 9-29-03 |
| AGENCY APPROVAL *(Rural Development Approval Official)*: USDA | DATE: 12/23/03 |

COMMENTS: