# In the United States Court of Federal Claims

ROBERTA R. CARPENTER, individually and as the personal representative of the Estate of Maxine Carpenter,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 04-1740 C

Filed March 10, 2006

**ORDER**

This case is one of approximately 230 similar cases filed in this court since August 6, 2004. The plaintiffs in these cases allege that they are owners of rural low-income rental properties who entered into loan agreements with the Farmers Home Administration ("FmHA"), United States Department of Agriculture, pursuant to sections 515 and 521 of the Housing Act of 1949 and that the Government breached the agreements and took plaintiffs' property without just compensation as a result of the enactment of the Emergency Low Income Housing Preservation Act of 1987 ("ELIHPA") and the Housing and Community Development Act of 1992 ("HCDA").

On March 10, 2006, the Court conducted a telephonic status conference in order to discuss further proceedings in this case following the Court's Opinion and Order of February 10, 2006 denying defendant's motion to dismiss and granting plaintiff's request to file an amended complaint, which plaintiff did on February 24. During the status conference, the parties jointly moved orally to stay further proceedings pending the outcome of settlement efforts in the Court's Alternative Dispute Resolution ("ADR") pilot program. The parties represented that they believe it is now appropriate to treat this case in the same fashion as other FmHA housing loan cases that have been stayed awaiting the conclusion of the ADR process.

In light of the above, the parties' joint motion for a stay of proceedings is GRANTED. The Court hereby ORDERS that further proceedings in this case shall be STAYED until 14 days after the conclusion of ADR. The Court FURTHER ORDERS that the parties shall file joint status reports in this case concurrently with the status reports that the parties' counsel are presently required to file every 30 days in the other stayed FmHA housing loan cases pending before the undersigned (*Los Banos Investment Group I v. United States*, No. 04-1312C; *Shasta View Ranch v. United States*, No. 04-1294C; *Tate v. United States*, No. 04-1265C; and *Pana Housing Partners, L.P. v. United States*, No. 06-13C) beginning with the round of such status reports due in April 2006.

IT IS SO ORDERED.

/s George W. Miller
GEORGE W. MILLER
Judge