**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

ROBERTA R. CARPENTER, SURVIVING
JOINT COTENANT,

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 04-1740**
(**Judge George W. Miller**)

**JOINT STATUS REPORT**

Pursuant to the Court's Order of March 10, 2006, the parties respectfully submit the following Joint Status Report to apprise the Court of the status of their efforts to resolve this and numerous closely-related cases through the Court's Alternative Dispute Resolution ("ADR") pilot program.

As previously reported, the Section 515 Litigation Settlement Agreement was fully executed effective May 21, 2007, following which the parties entered the implementation phase of the settlement process. The parties continue to expect that process to be completed by the first quarter of 2008 in accordance with the terms of the Agreement.

To this end, a third party appraiser has completed numerous site inspections of the subject properties and has scheduled several hundred more additional site inspections to occur across the country through the end of September 2007. In addition, pursuant to the terms of the Agreement, the Department of Justice has submitted all required paperwork to the Department of Treasury necessary to effectuate the initial payment due under the Agreement.

The parties have conferred regarding the filing of this document, and counsel for defendant has represented to counsel for plaintiffs that defendant concurs in the contents of this Joint Status Report.

Dated: September 4, 2007

**Filed Electronically**

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*